JEFFREY M. SHOHET (Cal. Bar No. 067529)
Jeffrey.shohet@dlapiper.com
CHRISTOPHER J. BEAL (Cal. Bar No. 216579)
cris.beal@dlapiper.com
VERONICA L. JACKSON (Cal. Bar No. 243095)
veronica.jackson@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

RAJIV DHARNIDHARKA (Cal. Bar No. 234756)
rajiv.dharnidharka@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MEMORIES, INC., a Colorado Corporation,<br><br>Defendant. | CASE NO. 13-CV-1081-PSG<br><br>**DECLARATION OF CHRISTOPHER J. BEAL IN SUPPORT OF GSI TECHNOLOGY, INC.'S *EX PARTE* APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER; (2) ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION; AND (3) EXPEDITED DISCOVERY IN THE ALTERNATIVE**<br><br>Date: March 26, 2013<br>Time: Ex Parte<br>Judge: Ex Parte |

I, Christopher Beal, declare and state as follows:

1. I am an attorney licensed to practice in the state of California and am Of Counsel at the law firm of DLA Piper Rudnick Gray Cary US LLP, counsel of record for Plaintiff GSI Technology, Inc. ("GSI Tech"). I make this declaration in support of GSI Tech's Ex Parte Application for Temporary Restraining Order; Order to Show Cause Regarding Preliminary Injunction; and Expedited Discovery. I have personal knowledge of each of the facts set forth in

1  this declaration and if required, could and would competently testify thereto.

2. If the Court finds the evidentiary record insufficient to grant all of the preliminary relief requested by GSI Tech, then Plaintiff respectfully requests that leave be granted to undertake narrowly tailored, expedited discovery in the form attached hereto as Exhibits A and B.

3. Exhibit A is GSI Tech's request for production of documents ("RFPs"). If expedited discovery is necessary to support GSI Tech's request for preliminary injunction, GSI Tech respectfully requests that the Court order that Defendant UMI produce all non-privilged documents responsive to the RFPs within fourteen days of the date on which the Court issues its order, delivering all such responsive documents to Plaintiff's counsel's office by close of business.

4. Exhibit B is GSI Tech's Notice of Rule 30(b)(6) Deposition of UMI ("Depo Notice"). If expedited discovery is necessary to support GSI Tech's request for preliminary injunction, GSI Tech respectfully requests that the Court order Defendant UMI to produce an appropriate witness(es) for deposition in response to the categories identified in Exhibit C within seven days following Defendant's production of documents in response to the RFPs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of March, 2013.

*[signature]*
Christopher Beal