| | |
|---|---|
| 1 | KORULA T. CHERIAN (SBN 133967) |
| | sunny.cherian@hoganlovells.com |
| 2 | CONSTANCE RAMOS (SBN 203637) |
| | constance.ramos@hoganlovells.com |
| 3 | SARAH M. JALALI (SBN 244971) |
| | sarah.jalali@hoganlovells.com |
| 4 | **HOGAN LOVELLS US LLP** |
| | 3 Embarcadero Center, Suite 1500 |
| 5 | San Francisco, California 94111 |
| | Telephone: (415) 374-2300 |
| 6 | Facsimile: (415) 374-2499 |
| 7 | Attorneys for Defendant |
| | UNITED MEMORIES, INC. |
| 8 | |
| 9 | JEFFREY M. SHOHET (SBN 067529) |
| | jeffrey.shohet@dlapiper.com |
| 10 | CHRISTOPHER J .BEAL (SBN 216579) |
| | cris.beal@dlapiper.com |
| 11 | VERONICA L. JACKSON (SBN 243095) |
| | veronica.jackson@dlapiper.com |
| 12 | **DLA PIPER LLP (US)** |
| | 401 B Street, Suite 1700 |
| 13 | San Diego, California 92101 |
| | Telephone: (619) 699-2743 |
| 14 | Facsimile: (619) 699-2701 |
| 15 | RAJIV DHARNIDHARKA (Cal. Bar No. 234756) |
| | rajiv.dharnidharka@dlapiper.com |
| 16 | **DLA PIPER LLP (US)** |
| | 2000 University Avenue |
| 17 | East Palo Alto, CA 94303-2214 |
| | Tel: 650.833.2000 |
| 18 | Fax: 650.833.2001 |
| 19 | Attorneys for Plaintiff |
| | GSI TECHNOLOGY, INC. |

STIP. FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT      **1**
CASE NO.: 5:13-CV-01081

\\080450/000139 - 1049175 v2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MEMORIES, INC., a Colorado Corporation,<br><br>Defendant. | Case No. 5:13-cv-01081-PSG<br><br>**STIPULATION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Whereas, defendant, United Memories, Inc.("UMI") has requested additional time to answer or otherwise respond to the Complaint in the above-captioned action; and

Whereas, plaintiff, GSI Technology ("GSI Tech") is willing to accommodate UMI's request provided that the delay in UMI's response to the Complaint will not alter or prejudice in any way GSI Tech's claim for preliminary relief as set forth in its *Ex Parte* Application for Temporary Restraining Order, Order to Show Cause Regarding Preliminary Injunction, and Expedited Discovery in the Alternative.

Therefore, Pursuant to Civil Local Rule 6-1(a), Plaintiff GSI Technology, Inc. and Defendant United Memories, Inc., by and through their respective counsel, hereby stipulate and agree that Defendant United Memories, Inc. may have an extension of time, up to and including May 1, 2013, in which to answer or otherwise respond to the Complaint in the above-captioned action.

The parties further stipulate that this extension of time will not prejudice the rights and remedies to which GSI Tech may be entitled and will not alter the date of any event or any deadline already fixed by the Court, including, without limitation, the hearing on Plaintiff GSI Technology, Inc.'s *Ex Parte* Application for Temporary Restraining Order, Order to Show Cause Regarding Preliminary Injunction, and Expedited Discovery in the Alternative, which is set for March 28, 2013.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: March 27, 2013 | Respectfully submitted, |
| 3 | | HOGAN LOVELLS US LLP |
| 4 | | |
| 5 | | By: /s/ Korula T. Cherian |
| | | Korula T. Cherian |
| 6 | | Attorneys for Defendant |
| 7 | | UNITED MEMORIES, INC. |
| 9 | Dated: March 27, 2013 | DLA PIPER LLP (US) |
| 11 | | By: /s/ Jeffrey M. Shohet |
| | | Jeffrey M. Shohet |
| 12 | | Attorneys for Plaintiff |
| | | GSI TECHNOLOGY, INC. |
| 16 | IT IS SO ORDERED. | |
| 18 | | [signature] |
| 19 | | UNITED STATES MAGISTRATE JUDGE |

STIP. FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT    3
CASE NO.: 5:13-CV-01081

\\080450/000139 - 1049175 v2