# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: March 28, 2013                                          Time in Court: 1 hour and 7 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (9:56 to 11:03)

**TITLE: GSI Technology, Inc. v. United Memories, Inc.**
**CASE NUMBER**: CV13-01081 PSG
Plaintiff Attorney(s) present: Christopher Beal and Jeffrey Shohett.  Also present: Didier Lasserre.
Defendant Attorney(s) present: Korula Cherian

### PROCEEDINGS:
**Plaintiff's Ex Parte Application for (1) Temporary Restraining Order; (2) Order to Show Cause Regarding Preliminary Injunction; and (3) Expedited Discovery in the Alternative (Doc. 9)**

Counsel present oral arguments.
Plaintiff's Ex Parte Application for Temporary Restraining Order is denied for the reason stated on the record.
Preliminary Injunction Hearing set for 6/25/13 at 10:00 a.m.
Counsel to meet and confer on discovery plan.  Stipulation and proposed order to be submitted for the court's review.  If unable to agree, counsel to reach out to the court to schedule telephonic status conference.
Order after hearing to be issued.

///