UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MEMORIES, INC., a Colorado Corporation,<br><br>Defendant. | Case No.: C 13-1081 PSG<br><br>**ORDER RE HEARING FOR MOTIONS TO COMPEL**<br><br>**(Re: Docket Nos. 63, 71)** |

Yesterday, the court granted Plaintiff GSI Technology, Inc. ("GSI") motion to shorten time on the hearing for its motion to compel,[1] provided the parties resubmitted their dispute as a 10 page letter brief.[2] Defendant United Memories, Inc. ("UMI") now also moves to shorten time on its own motion to compel.[3] The court will hear both motions on June 4, 2013 at 10:00 AM. The parties are again ORDERED to meet and confer and summarize both motions to compel and the issues left to be decided by the court in a single joint letter brief not exceeding 10 pages. The joint letter brief

---

[1] *See* Docket No. 63.

[2] *See* Docket No. 67.

[3] *See* Docket No. 71.

1

Case No.: 13-1081 PSG
ORDER

must be submitted no later than midnight on Friday, May 31, 2013; no other briefing will be considered.

IT IS SO ORDERED.

Dated: May 30, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 13-1081 PSG
ORDER

2