MORGAN, LEWIS & BOCKIUS LLP
MOLLY MORIARTY LANE, State Bar No. 149206
DENNIS J. SINCLITICO, JR. State Bar No. 240260
One Market, Spear Street Tower
San Francisco, CA 94105-1126
dsinclitico@morganlewis.com
Tel:  415.442.1000
Fax:  415.442.1001

Attorney for Third-Party
CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GSI Technology, Inc., a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>United Memories, Inc., a Colorado Corporation,<br><br>    Defendant. | Case No. 13-CV-1081-PSG<br><br>**DECLARATION OF JAMES MARKEVITCH IN SUPPORT OF CISCO SYSTEMS, INC.'S RESPONSE TO ADMINISTRATIVE MOTION TO SEAL EXHIBITS Y, Z, AC AND AE TO GSI TECHNOLOGY, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24173162.1

1

DEC. OF J. MARKEVITCH
13-CV-1081-PSG

I, James Markevitch, declare and state as follows:

1. I have personal knowledge regarding the facts set forth in this declaration.

2. I am a Principal Engineer for Cisco Systems, Inc. ("Cisco").

3. I have reviewed certain materials that I understand were filed by GSI Technologies, Inc. ("GSI") in the above-captioned lawsuit and are subject to an Administrative Motion to Seal (Dkt. No. 83). The materials that I have reviewed consist of documents that I understand were produced by Cisco (identified as Exhibits Z, AC, and AE) and portions of the transcript from my deposition, which was taken on June 6, 2013 (identified as Exhibit Y).

4. For purposes of this declaration, I will refer to Exhibits AC and AE and the deposition testimony in Exhibit Y as the "Under Seal Materials."

5. Cisco has a strong interest in keeping the Under Seal Materials out of the public record because they contain Cisco's confidential and proprietary information relating to Cisco's business. In particular, the Under Seal Materials contain information about Cisco's development of a memory component for use in some of its products as well as Cisco's negotiation strategies with respect to the purchase and development of this component. If the information in the Under Seal Materials was made publicly available, Cisco could be competitively harmed or other entities may be given an improper competitive advantage.

6. The Under Seal Materials also contain proprietary information of third parties and whose confidential information Cisco is obligated to maintain as confidential.

7. I believe that maintaining the secrecy of the information in the Under Seal Materials is important to the success of Cisco's business and, with respect to information of entities other than Cisco, is legally and/or ethically required. I believe that the Under Seal Materials are narrowly tailored to include only commercially sensitive information.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24173162.1

2

DEC. OF J. MARKEVITCH
13-CV-1081-PSG

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3  Executed on this __19__ day of June, 2013, at San Jose, California.

_____
James Markevitch

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24173162.1

3

DEC. OF J. MARKEVITCH
13-CV-1081-PSG