UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., a Delaware Corporation<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>UNITED MEMORIES, INC., a Colorado Corporation,<br><br>　　　　　　　Defendant. | Case No.: C 13-1081 PSG<br><br>**AMENDED ORDER RE REMOVAL OF DOCKET NO 93**<br><br>**(Re: Docket No. 93)** |

The court granted United Memories, Inc.'s ("UMI") request to replace UMI's opposition to the motion for a preliminary injunction.[1] Although the court's order originally directed the Clerk to remove the incorrectly-filed document and replace it with another document, Civil Local Rule 5-1 requires the party to refile the correct document as a new docket entry before the court will remove the incorrectly-filed document. Accordingly, UMI is HEREBY ORDERED to refile the corrected opposition and accompanying declarations as a new docket entry.

IT IS SO ORDERED.

Dated: June 25, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 106.

Case No.: 13-1081 PSG
ORDER

1