KORULA T. CHERIAN (Bar No. 133967)
korula.cherian@hoganlovells.com
CONSTANCE F. RAMOS (Bar No. 203637)
constance.ramos@hoganlovells.com
SARAH M. JALALI (Bar No. 244971)
sarah.jalali@hoganlovells.com
HOGAN LOVELLS US LLP
3 Embarcadero Center, 15th Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Attorneys for Defendant
United Memories, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MEMORIES, INC., a Colorado Corporation,<br><br>Defendant. | Case No. 13-CV-1081-PSG<br><br>[~~PROPOSED~~] ORDER GRANTING UNITED MEMORIES, INC.'S MOTION FOR ORDER SHORTENING TIME TO HEAR UMI'S MOTION TO STRIKE [DOC. 90]<br><br>Notice Hearing Date: June 27, 2013<br>(Regular Notice Hearing Date: July 26, 2013)<br>Time: 1:00 p.m.<br>Dept.: 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

The matter presently before the Court is United Memories, Inc.'s Motion for Order Shortening Time to Hear UMI's Motion to Strike [Doc. 90]. Having considered the motion, the declaration in support thereof, and the entirety of the record, and finding good cause shown, the Court hereby **grants** UMI's motion.

\\080450/000139 - 1058270 v2

[~~PROPOSED~~] ORDER GRANTING UMI'S MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO STRIKE

1   IT IS HEREBY ORDERED that United Memories, Inc.'s Motion to Strike [Doc. 90]
2   will be heard on June 27, 2013 at 1:00p.m.  Any opposition papers to UMI's Motion to Strike
3   [Doc. 90] shall be filed no later than June 25, 2013"á\ÁIİ€€ÁṣR.  No reply briefs will be permitted.

**IT IS SO ORDERED.**

Dated: 6.25.13                            _____
                                          The Honorable Paul S. Grewal
                                          United States Magistrate Judge

- 2 -   [PROPOSED] ORDER GRANTING UMI'S MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO STRIKE

\\080450/000139 - 1058270 v2