# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: June 27, 2013                                      Time in Court: 3 hours and 16 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (1:02 to 4:00; 4:08 to 4:26)

**TITLE: GSI Technology, Inc. v. United Memories, Inc.**
**CASE NUMBER**: **CV13-01081 PSG**
Plaintiff Attorney(s) present: Jeffrey Shohet, Brooke Kim and Kellin Chatfield.  Also present: Didier Lasserre and Lee-Lean Shu.
Defendant Attorney(s) present: Korula Cherian, Sarah Jalali, Constance Ramos and Helen Trac. Also present: Jon Faue and Lin Steinberg.

### PROCEEDINGS:
**1.) Plaintiff's Motion for Preliminary Injunction (Doc. 82)**
**2.) Defendant's Motions to Strike (Doc. Nos. 90 and 102)**

Counsel present oral arguments.
Counsel may submit further briefs (not to exceed 10 pages) by 7/5/2013 at 5:00 p.m.  Briefs to be filed simultaneously.
Defendant's response to operative complaint to be submitted by 7/19/2013 at 5:00 p.m.
Court to issue order after hearing.

///