UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>UNITED MEMORIES, INC., a Colorado Corporation,<br><br>　　　　　　Defendant. | Case No.: C 13-1081 PSG<br><br>**ORDER** |

Plaintiff GSI Technology, Inc. ("GSI") has indicated that it wishes to seal portions of the June 27, 2013 hearing transcript under Section 5.2(b) of the Protective Order.[1] The court reporter has already sent the transcript to the parties, but has not filed the transcript on the public docket. Within seven days of this order, GSI shall send its proposed redactions to the court for review and approval. If GSI fails to narrowly tailor its request according to Civil Local Rule 79-5, the court may reject the request to seal in its entirety and order the transcript published in its unredacted form.

The court takes this opportunity to correct an ambiguity in the Protective Order, which allows the parties to designate testimony as confidential either at the hearing or in writing seven

---

[1] *See* Docket No. 50.

Case No.: 13-1081 PSG
ORDER

1

days after receipt of the transcript.[2]  As currently structured, the Protective Order does not require the parties to notify the court at the hearing whether it intends any of the information to be sealed, nor does it set a deadline for the parties to make such a request.  This creates the potential for undue burden or even abuse that needs to be corrected.  Accordingly, going forward, the parties shall expressly indicate at any hearing if they wish to seal any of the information presented.  They shall identify all protected testimony at the time of the hearing so that the court reporter may note those designations concurrently.  Alternatively, they shall request that the transcript be kept confidential until redactions can be made, order transcripts immediately, and within seven days of receipt send proposed redactions to the court for approval.

IT IS SO ORDERED.

Dated:  July 15, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[2] *See id.*

Case No.: 13-1081 PSG
ORDER