DLA PIPER LLP (US)
EAST PALO ALTO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., a Delaware Corporation,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED MEMORIES, INC., a Colorado Corporation,<br><br>       Defendant. | CASE NO.  Civ. Action No. 13-CV-1081-PSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE DECLARATION IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO MAINTAIN UNDER SEAL PORTIONS OF ORDER DENYING MOTIONS TO STRIKE AND DENYING MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint: Filed March 8, 2013<br><br>Judge: Hon. Paul S. Grewal |

After consideration of Plaintiff's Motion for Leave to File Declaration in Support of Motion for Administrative Relief to Maintain Under Seal Portions of Order Denying Motions to Strike and Denying Motion for Preliminary Injunction, and pursuant to Civil Local Rule 79-5(b)(1) and the Court's Order Denying GSI Technology's Administrative Motion to File Under Seal [Dkt. 183], the Court hereby grants Plaintiff leave to file a declaration in support of its Motion for Administrative Relief to Maintain Under Seal Portions of the Court's Order Denying Motions to Strike and Denying Motion for Preliminary Injunction [Dkt. 162].

IT IS HEREBY ORDERED THAT Plaintiff file a declaration within 7 days of entry of this Order.

**IT IS SO ORDERED.**

Dated : October 2, 2013

HON. PAUL S. GREWAL

WEST\243020158.1

-1-
ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL
CASE NO. 13-CV-1081-PSG