UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., | Case No. 5:13-cv-01081-PSG |
| Plaintiff, | **ORDER DENYING STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL** |
| v. | |
| UNITED MEMORIES, INC., and INTEGRATED SILICON SOLUTION, INC., | **(Re: Docket No. 269)** |
| Defendants. | |

This afternoon, the parties filed a stipulation seeking to continue the hearing on Defendant Integrated Silicon Solution, Inc.'s motion to compel compliance with a third-party subpoena. This motion was presented in a fully-briefed form, rather than the letter brief format of the other pending disputes. The parties seek to continue the hearing on that single dispute to a later date because briefing is not yet complete and because lead counsel will be out of town.[1]

To do so, however, would not be an efficient use of anyone's time. The court has reserved Monday afternoon to address and resolve the myriad of discovery disputes that have erupted in this case; leaving a single motion outstanding would render that exercise futile.

---

[1] *See* Docket No. 269 at 2.

1

Case No. 5:13-cv-01081- PSG
ORDER DENYING STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL

The motion to compel filed at Docket No. 255 will be addressed along with the other disputes on Monday at 2:00 p.m. If counsel is out of town, they are invited to participate telephonically. Alternatively, this discrete discovery issue would be an excellent opportunity for a junior attorney to gain experience arguing in federal court; the court would welcome and encourage such participation. If Mr. Lasserre wishes to file an opposition to the motion to compel, he is welcome to do so by 8:00 a.m. on Monday morning.

**IT IS SO ORDERED.**

Dated: August 1, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge