1    JEFFREY M. SHOHET (Cal. Bar No. 067529)
jeffrey.shohet@dlapiper.com
2    BROOKE KILLIAN KIM (Cal. Bar No. 239298)
brooke.kim@dlapiper.com
3    KELLIN CHATFIELD (Cal. Bar No. 288389)
kellin.chatfield@dlapiper.com
4    **DLA PIPER LLP (US)**
401 B Street, Suite 1700
5    San Diego, CA  92101-4297
Tel:  619.699.2700
6    Fax: 619.699.2701

7    RAJIV DHARNIDHARKA (Cal. Bar No. 234756)
rajiv.dharnidharka@dlapiper.com
8    **DLA PIPER LLP (US)**
2000 University Avenue
9    East Palo Alto, CA  94303-2214
Tel:  650.833.2000
10    Fax:  650.833.2001

11    Attorneys for Plaintiff and Counter-Defendant
GSI Technology, Inc.

12

13

14

15

       UNITED STATES DISTRICT COURT

       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

16    GSI TECHNOLOGY, INC., a Delaware
Corporation,

17        Plaintiff and Counter-Defendant,

18        v.

19    UNITED MEMORIES, INC., a Colorado
Corporation, and INTEGRATED
20    SILICON SOLUTION, INC., a Delaware
Corporation,

21

22        Defendants and Counter-Claimants.

| | |
|---|---|
| CASE NO.  13-CV-1081-PSG | |

**DECLARATION OF BROOKE KILLIAN KIM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT UNITED MEMORIES, INC.**

Complaint:     Filed March 8, 2013

Courtroom:     5
Judge:         Hon. Paul S. Grewal
Hearing Date: February 3, 2015
Hearing Time: 10:00 a.m.

23

24

25

26

27

28

I, Brooke Killian Kim, declare as follows:

1.    I am an attorney at the law firm DLA Piper LLP (US) and counsel of record for Plaintiff GSI Technology, Inc. ("GSI") in the above-captioned action.  I am a member in good standing of the State Bar of California and have been admitted to practice law before this Court.  I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath.

2.    I submit this declaration in support of GSI's Opposition to Motion for Summary Judgment of United Memories, Inc. ("UMI").

3.    Attached as Exhibit A to this declaration is a true and correct copy of the UMI-GSI Product Design and Development Agreement 576 Mb Low Latency DRAM, produced in this litigation with Bates numbering GSI0007481-97.

4.    Attached as Exhibit B to this declaration are true and correct copies of excerpts from the Deposition of David Chapman, taken in this matter on May 29, 2013.

5.    Attached as Exhibit C to this declaration are true and correct copies of excerpts from the Deposition of Ramaa Iyer, taken in this matter on May 21, 2013.

6.    Attached as Exhibit D to this declaration is a true and correct copy of a document produced by UMI in this litigation with Bates numbering UMI_0001784-85.

7.    Attached as Exhibit E to this declaration is a true and correct copy of a document produced by UMI in this litigation with Bates numbering UMI_0012116.

8.    Attached as Exhibit F to this declaration is a true and correct copy of GSI Technology, Inc.'s Supplemental Responses to Defendants United Memories, Inc. and Integrated Silicon Solution, Inc.'s Request for Disclosure of Trade Secrets, served August 13, 2014;

9.    Attached as Exhibit G to this declaration is a true and correct copy of a document produced by UMI in this litigation with Bates numbering UMI_0001159-80.

10.    Attached as Exhibit H to this declaration is a true and correct copy of a document produced by GSI in this litigation with Bates numbering GSI10350317.

11.    Attached as Exhibit I to this declaration are true and correct copies of excerpts from the Deposition of Didier Lasserre, taken in this matter on May 31, 2013.

1    12.    Attached as Exhibit J to this declaration are true and correct copies of excerpts

2    from the Deposition of Lee-Lean Shu, taken in this matter on May 24, 2013.

3    I declare under penalty of perjury under the laws of the United States of America that the

4    foregoing is true and correct.

5    Date: January 13, 2015                    /s/ *Brooke Killian Kim*
                                               BROOKE KILLIAN KIM
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)      WEST\253980934.1                    -2-
SAN DIEGO
                                                    KIM DECL. ISO GSI'S OPPOSITION TO UMI'S MSJ
                                                    CASE NO. 13-CV-1081-PSG