# EXHIBIT H

| | |
|---|---|
| **From:** | Paul M. Chiang |
| **Sent:** | Monday, December 22, 2008 6:51 PM |
| **To:** | 'Larry Aldrich' <larry@unimem.com>; David Chapman <dchapman@gsitechnology.com> |
| **Subject:** | RE: tapeout |

Larry,

Thank you for the database. We will take a look of it and put it to the dropbox at ProMos as soon as possible. I will send you an e-mail to let you know.

Paul

---

**From:** Larry Aldrich [mailto:larry@unimem.com]
**Sent:** Monday, December 22, 2008 8:30 AM
**To:** Paul M. Chiang; David Chapman
**Subject:** tapeout

Hi Guys,

Just wanted to make sure you have received the database.

Let me know when you plan on putting the database in the dropbox at PROMOS.

Larry

CONFIDENTIAL
GSI10350317