# EXHIBIT 1

# Dharnidharka, Rajiv

| | |
|---|---|
| **From:** | Dharnidharka, Rajiv |
| **Sent:** | Tuesday, December 16, 2014 5:21 PM |
| **To:** | Ramos, Constance F.; Shohet, Jeffrey |
| **Cc:** | WSGR - ISSI - GSI Litigation; GSI; UMI Team |
| **Subject:** | RE: GSI v. UMI -- Hearing Date |

Connie,

I write to briefly memorialize our call from earlier this afternoon.  I called to request that UMI not file its motion for summary adjudication until at least the first of the year since there is no pressing deadline and since my team will be off for the holidays (as I hope your team is too).  If UMI files its motion around the first of the year, I could be available for a hearing the second Friday of February.  (I have jury duty the first week of February.)  If UMI files its motion today, GSI's opposition would be due on December 30.  GSI would then need to seek an extension of time from the court for the remaining briefing schedule and hearing date so as to avoid cancelling holiday plans.  I also reminded you that GSI's expert is reviewing the databases and the result of his work could translate to GSI narrowing the scope of its trade secret claims.  This is something I have said before and something I said on the record at the August 2014 discovery hearings.  UMI has been contemplating this motion for some time and to file today (or prior to Jan. 2) seems like it would be a strategic decision to cause GSI to unnecessarily prepare opposition papers during holidays – and to do so for claims that may be narrowed regardless once GSI's expert completes his comparison of the databases in late January.

Regards,

Rajiv

---

**From:** Ramos, Constance F. [mailto:CFRamos@winston.com]
**Sent:** Tuesday, December 16, 2014 11:16 AM
**To:** Shohet, Jeffrey; Dharnidharka, Rajiv
**Cc:** WSGR - ISSI - GSI Litigation; GSI; UMI Team
**Subject:** GSI v. UMI -- Hearing Date
**Importance:** High

Hi Jeff and Rajiv,

Would you please let us know of any dates in January for which GSI will be unavailable to attend a hearing on UMI's Court-invited motion for summary judgment on the sufficiency of GSI's trade secret identification, as we intend to file that motion today.

Thank you, in advance, for letting us know as soon as possible.

Very truly yours,
-Connie

## Constance F. Ramos Ph.D.

Winston & Strawn LLP
D: +1 (415) 591-1405
M: +1 (510) 757-3002
winston.com

1



The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.