JEFFREY M. SHOHET (Cal. Bar No. 067529)
jeffrey.shohet@dlapiper.com
BROOKE KILLIAN KIM (Cal. Bar No. 239298)
brooke.kim@dlapiper.com
KELLIN M. CHATFIELD (Cal. Bar No. 288389)
kellin.chatfield@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701

RAJIV DHARNIDHARKA (Cal. Bar No. 234756)
rajiv.dharnidharka@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff and Counter-Defendant
GSI Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., a Delaware Corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>UNITED MEMORIES, INC., a Colorado Corporation, and INTEGRATED SILICON SOLUTION, INC., a Delaware Corporation,<br><br>Defendants and Counter-Claimants. | CASE NO.  Civ. Action No. 13-CV-1081-PSG<br><br>**DECLARATION OF DOUGLAS SCHIRLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT UNITED MEMORIES, INC.**<br><br>Complaint: Filed March 8, 2013<br><br>Courtroom:  5<br>Judge: Hon. Paul S. Grewal<br>Hearing Date: February 3, 2015<br>Hearing Time: 10:00 a.m. |

I, Douglas Schirle, hereby declare as follows:

1. I am the Chief Financial Officer at GSI Technology, Inc. ("GSI"). I have served in that role during all times relevant to this litigation.

2. I submit this declaration in support of Plaintiff's Opposition to Motion for Summary Judgment of Defendant United Memories, Inc. ("UMI").

3. I make this declaration of my personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

4. Since at least 2008, GSI required all employees to execute an Employee Proprietary Information and Inventions Agreement.

5. A true and correct copy of the Employee Proprietary Information and Inventions Agreement is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States and the State of California that I have read the foregoing and that the same is true and correct. Executed on January 13, 2015.

_____
DOUGLAS SCHIRLE