UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., | ) Case No.: 5:13-cv-1081-PSG |
| Plaintiff, | ) **ORDER RE: MOTION TO SEAL** |
| v. | ) **(Re: Docket No. 451)** |
| UNITED MEMORIES, INC., et al., | ) |
| Defendants. | ) |

Before the court is Defendant United Memories, Inc.'s administrative motion to file under seal exhibit A to the Declaration of Constance F. Ramos, filed in support of UMI's opposition letter brief to GSI's motion for sanctions. Consistent with Civil L. R. 79-5, the motion is DENIED without prejudice for the following reasons:

1. The sealing request is not narrowly-tailored to confidential technical and business information.

2. The portions to be sealed are not highlighted in the unredacted submission.

1

Case No.: 5:13-cv-1081-PSG
ORDER RE: MOTION TO SEAL

3. The proposed order does not list in table format each narrowly-tailored portion sought to be sealed.

The requesting party is free to resubmit an error-free administrative motion to file under seal no later than April 29, 2015.

**SO ORDERED.**

Dated: April 24, 2015

                                                                                                      _____
PAUL S. GREWAL
United States Magistrate Judge