UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., ) | Case No.: 5:13-cv-01081-PSG |
| ) | |
| Plaintiff, ) | **AMENDED ORDER GRANTING-IN-** |
| v. ) | **PART  ISSI'S MOTIONS FOR** |
| ) | **ADDITIONAL PAGES AND** |
| UNITED MEMORIES, INC., et al., ) | **EXTENSION OF TIME** |
| ) | |
| Defendants. ) | **(Re: Docket Nos. 509, 536)** |
| ) | |

ISSI moves for additional pages for its forthcoming summary judgment motion:  10 for the motion, 10 for the opposition and five for the reply.[1]  ISSI also moves for a 10-day extension of time to serve its expert rebuttal reports.[2]  GSI conditionally opposes both motions.[3]

The court GRANTS ISSI's motions IN-PART.  The request for additional pages is granted, and the following schedule shall apply:

---
[1] *See* Docket No. 509.

[2] *See* Docket No. 536.

[3] *See* Docket Nos. 533, 550.

1

Case No.: 5:13-cv-01081-PSG
AMENDED ORDER GRANTING-IN-PART ISSI'S MOTIONS FOR ADDITIONAL PAGES
AND EXTENSION OF TIME

| Event | Previous Deadline | Revised Deadline |
|---|---|---|
| Reply briefs in support of ISSI's Rule 37(b) motion due. | May 22, 2015 | May 22, 2015 |
| Motions for summary judgment due. | May 26, 2015 | May 26, 2015 |
| UMI technical expert rebuttal report due. | June 1, 2015 | June 1, 2015 |
| Hearing on ISSI's and UMI's Rule 37(b) motion and all pending fact discovery motions. | June 9, 2015, 10:00 a.m. | June 9, 2015, 1:30 p.m. |
| Damages expert rebuttal report due. | June 1, 2015 | June 11, 2015 |
| ISSI technical expert rebuttal report due. | June 1, 2015 | June 11, 2015 |
| Expert discovery closes. | June 19, 2015 | June 19, 2015 |
| Opposition briefs to summary judgment motions due. | June 9, 2015 | June 19, 2015 |
| Reply briefs in support of summary judgment motions due. | June 16, 2015 | June 26, 2015 |
| Expert motion to compel filing deadline. | June 26, 2015 | June 26, 2015 |
| Hearing on motions for summary judgment. | June 30, 2015, 10:00 a.m. | June 30, 2015, 10:00 a.m. |

**SO ORDERED.**

Dated: May 19, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: 5:13-cv-01081-PSG
AMENDED ORDER GRANTING-IN-PART ISSI'S MOTIONS FOR ADDITIONAL PAGES AND EXTENSION OF TIME