UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED MEMORIES, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 5:13-cv-01081-PSG <br><br> **ORDER RE: UMI'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** <br><br> **(Re: Docket No. 609)** |

Defendant United Memories, Inc. moves for leave to file a motion for reconsideration of the court's June 1, 2015 order.[1]  Plaintiffs shall respond by 5:00 p.m. tomorrow, June 17, 2015.

**SO ORDERED.**

Dated:  June 16, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket Nos. 601, 609.

1

Case No. 5:13-cv-01081-PSG
ORDER RE:  UMI'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION