UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC.,<br><br>           Plaintiff,<br>   v.<br><br>UNITED MEMORIES, INC., et al.,<br><br>           Defendants. | Case No. 5:13-cv-01081-PSG<br><br>**ORDER DENYING UMI'S MOTION FOR RECONSIDERATION**<br><br>(Re: Docket No. 609) |

UMI requests that the court reconsider its June 11, 2015 order granting GSI's request for the Hardee document.[1]  GSI responds that the document is not privileged and UMI's motion for leave to file a motion for reconsideration is improper and dilatory, especially because the document has already been produced and reviewed with no prior objection from UMI.  After considering the arguments, the court DENIES UMI's motion for reconsideration.

**SO ORDERED.**

Dated: June 18, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 609 at 1.

1
Case No. 5:13-cv-01081-PSG
ORDER DENYING UMI'S MOTION FOR RECONSIDERATION