**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GSI TECHNOLOGY, INC., | ) | Case No.: 5:13-cv-01081-PSG |
| | ) | |
| Plaintiff, | ) | **OMNIBUS ORDER RE:  MOTIONS** |
| v. | ) | **TO SEAL** |
| | ) | |
| UNITED MEMORIES, INC., et al., | ) | **(Re:  Docket Nos. 513, 521, 523, 527,** |
| | ) | **546, 556, 560, 563, 568, 570, 587, 594,** |
| Defendants. | ) | **614, 618, 636)** |
| | ) | |

Before the court are 15 administrative motions to seal hundreds of documents. "Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'"[1]  Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point."[2]  Parties seeking to seal judicial records relating to dispositive motions bear the burden of overcoming the presumption

---

[1] *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)).

[2] *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

1    with "compelling reasons" that outweigh the general history of access and the public policies

2    favoring disclosure.[3]

3        However, "while protecting the public's interest in access to the courts, we must remain

4    mindful of the parties' right to access those same courts upon terms which will not unduly harm

5    their competitive interest."[4]  Records attached to nondispositive motions therefore are not subject

6    to the strong presumption of access.[5]  Because the documents attached to nondispositive motions

7    "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving

8    to seal must meet the lower "good cause" standard of Rule 26(c).[6]  As with dispositive motions, the

9    standard applicable to nondispositive motions requires a "particularized showing"[7] that "specific

10   prejudice or harm will result" if the information is disclosed.[8]  "Broad allegations of harm,

11   unsubstantiated by specific examples of articulated reasoning" will not suffice.[9]  A protective order

12   sealing the documents during discovery may reflect the court's previous determination that good

13   cause exists to keep the documents sealed,[10] but a blanket protective order that allows the parties to

14   designate confidential documents does not provide sufficient judicial scrutiny to determine whether

15   each particular document should remain sealed.[11]

16       In addition to making particularized showings of good cause, parties moving to seal

17   documents must comply with the procedures established by Civ. L.R. 79-5.  Pursuant to

18   _____

     [3] *Id.* at 1178-79.

19   [4] *Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013).

20   [5] *See id.* at 1180.

21   [6] *Id.* at 1179 (internal quotations and citations omitted).

22   [7] *Id.*

23   [8] *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002);
     *see* Fed. R. Civ. P. 26(c).

24
     [9] *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).
25
     [10] *See Kamakana,* 447 F.3d at 1179-80.
26
     [11] *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to
27   designate certain documents as confidential is not sufficient to establish that a document, or
     portions thereof, are sealable.").
28

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1    Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document

2    is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under

3    the law." "The request must be narrowly tailored to seek sealing only of sealable material, and

4    must conform with Civil L.R. 79-5(d)."[12] "Within 4 days of the filing of the Administrative

5    Motion to File Under Seal, the Designating Party must file a declaration as required by subsection

6    79-5(d)(1)(A) establishing that all of the designated material is sealable."[13]

7            With these standards in mind, the court rules on the instant motions as follows:

| Motion | Document to be Sealed | Result | Reason/Explanation |
|---|---|---|---|
| Docket No. 513-4 | GSI's Reply in Support of Docket No. 478 | Designations highlighted in blue SEALED. | Narrowly tailored to confidential business information. |
| Docket No. 513-6 | Exhibit A to GSI's Reply in Support of Docket No. 478 | SEALED. | Narrowly tailored to confidential business information. |
| Docket No. 521-4[14] | ISSI's Opposition to GSI's Motion to Compel ISSI to Produce 30(b)(6) Witness | Page 3: last line starting after "responsible for" through the end of the page; page 4: first word until "He had subsequently"; third whole paragraph after "UMI transferred to ISSI" until "GSI questioned him "; after "ISSI's Atris design" until "Ex. Q at 273-276" SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

---

[12] Civ. L.R. 79-5(b).  In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(B), and an "unreadacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(D).

[13] Civ. L.R. 79-5(e)(1).

[14] The unredacted version does not "indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version" as required by Civ. L.R. 79-5(d)(1)(D).  The court nevertheless considers the motion in the interest of judicial economy.

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

United States District Court
For the Northern District of California

| Docket No. 521-6 | Exhibit O to ISSI's Opposition to GSI's Motion to Compel ISSI to Produce 30(b)(6) Witness | UNSEALED. | Unredacted version does not "indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version" as required by Civ. L.R. 79-5(d)(1)(D). |
|---|---|---|---|
| Docket No. 521-9 | Exhibit Q to ISSI's Opposition to GSI's Motion to Compel ISSI to Produce 30(b)(6) Witness | UNSEALED. | Unredacted version does not "indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version" as required by Civ. L.R. 79-5(d)(1)(D). |
| Docket No. 521-12 | Exhibit S to ISSI's Opposition to GSI's Motion to Compel ISSI to Produce 30(b)(6) Witness | UNSEALED. | Unredacted version does not "indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version" as required by Civ. L.R. 79-5(d)(1)(D). |
| Docket No. 523-4 | GSI's Opposition to ISSI's Motion to Strike "Non-Trade Secret" Schematic Claim | Bottom of page 1 through top of page 2: only bold italicized text SEALED.  Blue highlighted designations at bottom of page 2 to top of page 3 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| Docket No. 523-6 | Exhibit B to GSI's Opposition to ISSI's Motion to Strike "Non-Trade Secret" Schematic Claim | Exhibit B at 7:2-8:17 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| Docket No. 527-4 | GSI's Reply Brief Seeking Order to Compel ISSI to Produce a Privilege Log and Documents Improperly Withheld | Designations highlighted in yellow on page 2 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |

4

| Docket No. 527-5 | Exhibit B to GSI's Reply Brief Seeking Order to Compel ISSI to Produce a Privilege Log and Documents Improperly Withheld | SEALED. | Narrowly tailored to confidential business information. |
|---|---|---|---|
| Docket No. 527-7 | Exhibit C to GSI's Reply Brief Seeking Order to Compel ISSI to Produce a Privilege Log and Documents Improperly Withheld | Designations highlighted in yellow SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information.  Much of what ISSI requests to be sealed, in particular pages 291-295, is not attached to GSI's motion. |
| Docket No. 527-8 | Exhibit D to GSI's Reply Brief Seeking Order to Compel ISSI to Produce a Privilege Log and Documents Improperly Withheld | SEALED. | Narrowly tailored to confidential business information. |
| Docket No. 527-9 | Exhibit E to GSI's Reply Brief Seeking Order to Compel ISSI to Produce a Privilege Log and Documents Improperly Withheld | UNSEALED. | No supporting declaration filed. |
| Docket No. 527-10 | Exhibit F to GSI's Reply Brief Seeking Order to Compel ISSI to Produce a Privilege Log and Documents Improperly Withheld | UNSEALED. | No supporting declaration filed. |
| Docket No. 527-11 | Exhibit G to GSI's Reply Brief Seeking Order to Compel ISSI to Produce a Privilege Log and Documents Improperly Withheld | UNSEALED. | No supporting declaration filed.[15] |

---

[15] GSI's certificate of service (Docket No. 530) does not indicate that GSI served its declaration on Cisco (the designating party) as required by Civ. L.R. 79-5(e).  As such, Cisco may file a declaration in support of documents referenced in Docket No. 527 by July 13, 2015.

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

| Docket No. 527-12 | Exhibit H to GSI's Reply Brief Seeking Order to Compel ISSI to Produce a Privilege Log and Documents Improperly Withheld | UNSEALED. | No supporting declaration filed. |
|---|---|---|---|
| Docket No. 527-14 | Exhibit J to GSI's Reply Brief Seeking Order to Compel ISSI to Produce a Privilege Log and Documents Improperly Withheld | UNSEALED. | No supporting declaration filed. |
| Docket No. 527-16 | Exhibit K to GSI's Reply Brief Seeking Order to Compel ISSI to Produce a Privilege Log and Documents Improperly Withheld | UNSEALED. | No supporting declaration filed. |
| Docket No. 527-18 | Exhibit L to GSI's Reply Brief Seeking Order to Compel ISSI to Produce a Privilege Log and Documents Improperly Withheld | Designations highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket No. 546-3 | GSI's Opposition to ISSI's Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order and Joinder By UMI | Designations highlighted in yellow at 17:3-23, 26-29; 18:1-10 SEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| Docket No. 546-5 | Exhibit 2 to GSI's Opposition to ISSI's Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order and Joinder By UMI | UNSEALED. | No supporting declaration filed. |
| Docket No. 546-6 | Exhibit 3 to GSI's Opposition to ISSI's Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order and Joinder By UMI | SEALED. | Narrowly tailored to confidential business information. |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

| Docket No. 546-7 | Exhibit 5 to GSI's Opposition to ISSI's Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order and Joinder By UMI | UNSEALED. | No supporting declaration filed. |
|---|---|---|---|
| Docket No. 546-8 | Exhibit 6 to GSI's Opposition to ISSI's Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order and Joinder By UMI | SEALED. | Narrowly tailored to confidential business information. |
| Docket No. 546-9 | Exhibit 7 to GSI's Opposition to ISSI's Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order and Joinder By UMI | SEALED. | Narrowly tailored to confidential business information. |
| Docket No. 546-10 | Exhibit 8 to GSI's Opposition to ISSI's Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order and Joinder By UMI | UNSEALED. | No supporting declaration filed. |
| Docket No. 546-11 | Exhibit 9 to GSI's Opposition to ISSI's Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order and Joinder By UMI | SEALED. | Narrowly tailored to confidential business information. |
| Docket No. 546-12 | Exhibit 10 to GSI's Opposition to ISSI's Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order and Joinder By UMI | SEALED. | Narrowly tailored to confidential business information. |
| Docket No. 546-13 | Exhibit 11 to GSI's Opposition to ISSI's Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order and Joinder By UMI | UNSEALED. | Not narrowly tailored to confidential business information. |

**United States District Court**
For the Northern District of California

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

United States District Court
For the Northern District of California

| Docket No. 546-14 | Exhibit 12 to GSI's Opposition to ISSI's Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order and Joinder By UMI | UNSEALED. | Not narrowly tailored to confidential business information. |
|---|---|---|---|
| Docket No. 546-15 | Exhibit 13 to GSI's Opposition to ISSI's Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order and Joinder By UMI | UNSEALED. | Not narrowly tailored to confidential business information. |
| Docket No. 546-16 | Exhibit 14 to GSI's Opposition to ISSI's Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order and Joinder By UMI | SEALED. | Narrowly tailored to confidential business information. |
| Docket No. 546-17 | Exhibit 15 to GSI's Opposition to ISSI's Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order and Joinder By UMI | SEALED. | Narrowly tailored to confidential business information. |
| Docket No. 546-18 | Exhibit 16 to GSI's Opposition to ISSI's Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order and Joinder By UMI | SEALED. | Narrowly tailored to confidential business information. |
| Docket No. 546-19 | Exhibit 17 to GSI's Opposition to ISSI's Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order and Joinder By UMI | SEALED. | Narrowly tailored to confidential business information. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

| Docket No. 546-20 | Exhibit 18 to GSI's Opposition to ISSI's Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order and Joinder By UMI | SEALED. | Narrowly tailored to confidential business information. |
|---|---|---|---|
| Docket No. 556-4[16] | ISSI's Reply in Support of its Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order | UNSEALED. | No supporting declaration filed. |
| Docket No. 556-6 | Exhibit J to ISSI's Reply in Support of its Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order | UNSEALED. | No supporting declaration filed. |
| Docket No. 556-8 | Exhibit K to ISSI's Reply in Support of its Rule 37(b) Motion Re: GSI's Non-Compliance with Court Order | SEALED. | Narrowly tailored to confidential business information. [17] |
| Docket No. 560-5[18] | ISSI's Motion for Summary Judgment | UNSEALED. | Unredacted version does not "indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version" as required by Civ. L.R. 79-5(d)(1)(D). |
| Docket No. 560-7 | Exhibit A to ISSI's Motion for Summary Judgment | UNSEALED. | Not narrowly tailored to confidential business information. |

[16] The unredacted versions of the documents in Docket No. 556 do not "indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version" as required by Civ. L.R. 79-5(d)(1)(D). Additionally, GSI filed its declaration (Docket No. 567) in support of ISSI's motion to seal (Docket No. 556) more than four days after ISSI served GSI with the motion, violating Civ. L.R. 79-5(e)(1). Despite these deficiencies, the court considers both ISSI's motion and GSI's declaration in the interest of judicial economy.

[17] The court notes, however, that GSI did not file a declaration to support sealing direct quotes from Exhibit K contained in ISSI's reply brief.

[18] The unredacted versions of the documents in Docket No. 560 do not "indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version" as required by Civ. L.R. 79-5(d)(1)(D). Additionally, GSI and Cisco's declarations in support of ISSI's motion to seal (Docket Nos. 578 and 608) were both filed more than four days after ISSI served its motion, violating Civ. L.R. 79-5(e)(1). Despite these deficiencies, the court considers both ISSI's motion and the supporting declarations only where in the interest of judicial economy.

9

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

United States District Court
For the Northern District of California

| Docket No. 560-9 | Exhibit B to ISSI's Motion for Summary Judgment | UNSEALED. | Unredacted version does not contain portions of the document which ISSI seeks to seal (pages 168-184); and otherwise is not narrowly tailored to confidential business information. |
|---|---|---|---|
| Docket No. 560-11 | Exhibit C to ISSI's Motion for Summary Judgment | UNSEALED. | No supporting declaration filed. |
| Docket No. 560-13 | Exhibit D to ISSI's Motion for Summary Judgment | Deposition Exhibits 502, 503, 504, 515 and 518 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information.  Unredacted version does not "indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version" as required by Civ. L.R. 79-5(d)(1)(D). |
| Docket No. 560-15 | Exhibit E to ISSI's Motion for Summary Judgment | 53:7-54:23; 55:1-7; 55:18-56:18; 57:5-14; 57:23-58:2 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| Docket No. 560-17 | Exhibit F to ISSI's Motion for Summary Judgment | 108:1-7; 108:21-109:10; 121:25-123:6; 124:10-125:1; 160:3-10; 162:5-22; 298:8-14; 299:7-24; 311:7-20; 311:22-25; 313:3-315:2; 315:24 SEALED; Deposition Exhibits 349 and 353 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| Docket No. 560-19 | Exhibit G to ISSI's Motion for Summary Judgment | Deposition Exhibits 104, 113 and 116 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information.  Unredacted version does not "indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version" as required by Civ. L.R. 79-5(d)(1)(D). |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| Docket No. 560-21 | Exhibit H to ISSI's Motion for Summary Judgment | Deposition Exhibit 307 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information.  Remaining portions of the unredacted version do not contain some of the material which ISSI seeks to seal (for example, page 134) and do not "indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version" as required by Civ. L.R. 79-5(d)(1)(D). |
| Docket No. 560-23 | Exhibit I to ISSI's Motion for Summary Judgment | Deposition Exhibits 262, 264, 269 and 275 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information.  Remaining portions of the unredacted version do not contain some of the material which ISSI seeks to seal (for example, pages 119, 126 and 158) and do not "indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version" as required by Civ. L.R. 79-5(d)(1)(D). |
| Docket No. 560-25 | Exhibit J to ISSI's Motion for Summary Judgment | UNSEALED. | Unredacted version does not contain some of the material which ISSI seeks to seal (pages 212, 218 and 219) and does not "indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version" as required by Civ. L.R. 79-5(d)(1)(D). |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

United States District Court
For the Northern District of California

| | | | |
|---|---|---|---|
| Docket No. 560-27 | Exhibit K to ISSI's Motion for Summary Judgment | Deposition Exhibits 6, 7, 8 and 9 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information.  Remaining portions of the unredacted version do not "indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version" as required by Civ. L.R. 79-5(d)(1)(D). |
| Docket No. 560-29 | Exhibit L to ISSI's Motion for Summary Judgment | 31:8-32:8; 32:17-21; 34:4-24; 36:8-11; 36:25-37:10; 38:15-17; 39:14-16; 39:22-25; 43:21-44:13; 44:25-45:5; 46:1-47:7; 47:13-25; 51:25-9; 57:2-53:13; 83:1-9; 83:12-19; 84:1-17; 85:17-25; 105:21-23; 116:1-12. SEALED; deposition Exhibits 454 and 458 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| Docket No. 560-31 | Exhibit M to ISSI's Motion for Summary Judgment | 50:2; 75:13; 75:16-20; 75:24-76:3; 148:2-19; 149:22-150:5; 150:12-15; 150:20-22; 151:2-8; 151:22-152:22; 156:7-9; 156:17; 180:3-9; 182:15-19; 185:7-10; 187:17-188:13; 253:9-16 SEALED; deposition Exhibits 57, 72, 73, 74, 76 and 88 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Docket No. 560-33 | Exhibit N to ISSI's Motion for Summary Judgment | Deposition Exhibits 186 and 203 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. Remaining portions of the unredacted version are not narrowly tailored to confidential business information, do not contain some of the material which ISSI seeks to seal (for example, pages 121, 126, 269, 273 and 276) and do not "indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version" as required by Civ. L.R. 79-5(d)(1)(D). |
| --- | --- | --- | --- |
| Docket No. 560-35 | Exhibit O to ISSI's Motion for Summary Judgment | UNSEALED. | Not narrowly tailored to confidential business information. |
| Docket No. 560-37 | Exhibit P to ISSI's Motion for Summary Judgment | UNSEALED. | Not narrowly tailored to confidential business information. |
| Docket No. 560-39 | Exhibit Q to ISSI's Motion for Summary Judgment | 261:1-22 SEALED. | Narrowly tailored to confidential business information. |
| Docket No. 560-41 | Exhibit R to ISSI's Motion for Summary Judgment | UNSEALED. | No supporting declaration filed. |
| Docket No. 560-43 | Exhibit V to ISSI's Motion for Summary Judgment | UNSEALED. | Not narrowly tailored to confidential business information. |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| Docket No. 560-45 | Exhibit W to ISSI's Motion for Summary Judgment | UNSEALED. | Not narrowly tailored to confidential business information, does not contain some of the material which ISSI seeks to seal (pages 275, 276, 291 and 292) and the unredacted version does not "indicate, by highlighting or other clear method, the portions of the document that have been omitted from the redacted version" as required by Civ. L.R. 79-5(d)(1)(D). |
| Docket No. 560-47 | Declaration of Anand Bagchi to ISSI's Motion for Summary Judgment | Paragraph 11 to the declaration SEALED; declaration Exhibits A, B, C, D, E and F SEALED; remainder UNSEALED; | Only sealed portions narrowly tailored to confidential business information. |
| Docket No. 560-49 | Declaration of Theresa Chen to ISSI's Motion for Summary Judgment | Declaration Exhibits A and B SEALED. | Narrowly tailored to confidential business information. |
| Docket No. 560-51 | Declaration of Ky Han to ISSI's Motion for Summary Judgment | Paragraphs 4, 7, 8 and 9 to the declaration SEALED; declaration Exhibits A, B, C, D, E, F, G and H SEALED. | Narrowly tailored to confidential business information. |
| Docket No. 560-53 | Declaration of Scott Howarth to ISSI's Motion for Summary Judgment | Paragraph 4 to the declaration SEALED; declaration Exhibits A, B and C SEALED. | Narrowly tailored to confidential business information. |
| Docket No. 560-55 | Declaration of Ron Kalakuntla to ISSI's Motion for Summary Judgment | Declaration Exhibits A, B, C, D and E SEALED. | Narrowly tailored to confidential business information. |
| Docket No. 560-57 | Declaration of Scott Wu to ISSI's Motion for Summary Judgment | Paragraphs 8, 9, 10 and 11 to the declaration SEALED; declaration Exhibits A, B and C SEALED. | Narrowly tailored to confidential business information. |

United States District Court
For the Northern District of California

14

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| 563-4 | UMI's Motion for Summary Judgment | Highlighted portions at 2:20; 3:17-22;  4:7-18; 6:21-23; 6:13-16, 25-26; 8:1-14, 18-28; 9:1, 8-15; 10:27-28; 11:21-22; 13:1-5, 7-16, 21, 27-28; 14:1-16, 23-24, 26-27; 15:26-27; 16:9-11 SEALED; remainder UNSEALED. | Narrowly tailored to confidential business information. |
|---|---|---|---|
| 563-6 | Exhibit 2 to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 563-6 | Exhibit 3 to Ramos Declaration | SEALED as in Docket No. 194. | Narrowly tailored to confidential business information. |
| 563-7 | Exhibit 5 to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 563-7 | Exhibit 6 to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 563-7 | Exhibit 7 to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 563-7 | Exhibit 8 to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 563-8 | Exhibit 15 to Ramos Declaration | SEALED as in Docket No. 202. | Narrowly tailored to confidential business information. |
| 563-8 | Exhibit 16 to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 563-8 | Exhibit 17 to Ramos Declaration | 175:16-25; 241:9-11; 242:4-12, 21-22; 243:2-5, 9-11, 19-21; 264:6-24; 265:4-5, 7-13; 314:2-14; 336:6-11, 25 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 563-9 | Exhibit 19 to Ramos Declaration | SEALED as in Docket No. 130. | Narrowly tailored to confidential business information. |

15

United States District Court
For the Northern District of California

| 563-9 | Exhibit 20 to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
|---|---|---|---|
| 563-9 | Exhibit 21 to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 563-9 | Exhibit 22 to Ramos Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 563-9 | Exhibit 23 to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 563-9 | Exhibit 24 to he Ramos Declaration | 40:12-22; 41:4-14; 160:3-15; 162:5-24; 198:7-14 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 563-9 | Exhibit 25 to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 563-10 | Exhibit 27 to Ramos Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 563-10 | Exhibit 28 to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 563-11 | Exhibit 31 to Ramos Declaration | 1:6-8:18 SEALED. | Narrowly tailored to confidential business information. |
| 563-12 | Exhibit 33 to Ramos Declaration | 3:20-4:9; 4:27-6:13; 7:1-20:3; 20:8-25:18; 28:21-31:4; 31:12-32:27 SEALED. | Narrowly tailored to confidential business information. |
| 563-12 | Exhibit 34 to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 563-12 | Exhibit 35 to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 563-12 | Exhibit 36 to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

United States District Court
For the Northern District of California

| 563-12 | Exhibit 37 to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
|---|---|---|---|
| 563-12 | Exhibit 38 to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 563-12 | Exhibit 39 to Ramos Declaration | 3:15-5:16; 5:25-7:7; 7:10-19:24; 20:6-25:23; 27:6-29:10; 31:8-18; 31:22-36:4; 38:3-39:19; 39:28-40:2; 40:17-19; 40:24-42:17; 42:22-43:24; 45:4-20; 45:27-46:16; 46:21-47:7 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 563-12 | Exhibit 40 to Ramos Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 563-13 | Exhibit 43 to Ramos Declaration | SEALED as in Docket No. 109-3. | Narrowly tailored to confidential business information. |
| 568-5 | Partial Motion for Summary Judgment against UMI | Highlighted portions at 1:9-13; 9:6-21; 10:1-20, 23, 27-28; 11:1-3; 14:15-16; 17:8-15; 18:4-7 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 568-7 | Exhibit 1 to Kim Declaration | Highlighted portions at 48:19-25; 52:3- 53:10; 53:23-25; 62:23-25; 76:10-23; 76:25-77:8; 86:1-88:25; 104:1-105:1; 108:16-20; 140:21-141:5; 162:15-163:17; 257:15-258:2; 258:7-18; 259:20-260:25. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 568-8 | Exhibit 2 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-9 | Exhibit 3 to Kim Declaration | UNSEALED. | No supporting declaration filed. |

17

United States District Court
For the Northern District of California

| 568-11 | Exhibit 4 to Kim Declaration | Highlighted designations sealed. | Narrowly tailored to confidential business information. |
|---|---|---|---|
| 568-12 | Exhibit 6 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-13 | Exhibit 7 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-14 | Exhibit 8 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-15 | Exhibit 9 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-16 | Exhibit 10 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-17 | Exhibit 11 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-18 | Exhibit 12 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-20 | Exhibit 14 to Kim Declaration | UNSEALED. | Portions sought to be sealed are not present in the document. |
| 568-21 | Exhibit 15 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-22 | Exhibit 16 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-23 | Exhibit 17 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-24 | Exhibit 18 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-25 | Exhibit 19 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-26 | Exhibit 20 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

| 568-27 | Exhibit 21 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
|---|---|---|---|
| 568-28 | Exhibit 22 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-29 | Exhibit 23 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-30 | Exhibit 24 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-31 | Exhibit 25 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-32 | Exhibit 26 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-33 | Exhibit 27 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-34 | Exhibit 28 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-35 | Exhibit 29 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-36 | Exhibit 30 to Kim Declaration | UNSEALED. | Not narrowly tailored to confidential information. |
| 568-37 | Exhibit 30 to Kim Declaration | UNSEALED. | Not narrowly tailored to confidential information. |
| 568-38 | Exhibit 30 to Kim Declaration | UNSEALED. | Not narrowly tailored to confidential information. |
| 568-39 | Exhibit 31 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-40 | Exhibit 32 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-41 | Exhibit 33 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-42 | Exhibit 34 to Kim Declaration | UNSEALED. | No supporting declaration filed. |

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

| 568-43 | Exhibit 35 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
|---|---|---|---|
| 568-44 | Exhibit 36 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-46 | Exhibit 37 to Kim Declaration | 89:1-25 SEALED. | Narrowly tailored to confidential business information. |
| 568-47 | Exhibit 39 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-48 | Exhibit 40 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-49 | Exhibit 41 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-50 | Exhibit 42 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-51 | Exhibit 43 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-52 | Exhibit 44 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-53 | Exhibit 45 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-55 | Exhibit 46 to Kim Declaration | Highlighted portions at 60:2-14; 60:17-18; 60:20-25; 256:1-25 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 568-57 | Exhibit 47 to Kim Declaration | Highlighted portions at 93:13-14; 93:19-21; 94:3-6; 94:18-20; 94:23-25; 104:16-22; 105:13-20 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 568-58 | Exhibit 48 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California

| 568-60 | Exhibit 49 to Kim Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
|---|---|---|---|
| 568-61 | Exhibit 50 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-62 | Exhibit 51 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-63 | Exhibit 52 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-64 | Exhibit 53 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-66 | Exhibit 54 to Kim Declaration | Highlighted portions at 26:20-25; 28:1-15; 29:8-10, 17-25; 100:1-3, 10-11 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 568-67 | Exhibit 55 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-68 | Exhibit 56 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-69 | Exhibit 57 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-70 | Exhibit 58 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-71 | Exhibit 59 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-72 | Exhibit 60 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-73 | Exhibit 60 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-74 | Exhibit 61 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |

21

| 568-75 | Exhibit 62 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
|---|---|---|---|
| 568-76 | Exhibit 63 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-77 | Exhibit 64 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-78 | Exhibit 65 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-79 | Exhibit 66 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-80 | Exhibit 66 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-81 | Exhibit 66 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-82 | Exhibit 67 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-83 | Exhibit 68 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-84 | Exhibit 69 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-85 | Exhibit 70 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-86 | Exhibit 71 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-87 | Exhibit 72 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-88 | Exhibit 73 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |

United States District Court
For the Northern District of California

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| 568-89 | Exhibit 74 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
|---|---|---|---|
| 568-90 | Exhibit 75 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 568-91 | Exhibit 76 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 568-93 | Exhibit 79 to Kim Declaration | 87:1-88:2; 88: 7-13; 88:18-20; 88:25- 89:25 SEALED. | Narrowly tailored to confidential business information. |
| 570-5 | Motion for Partial Summary Judgment | Highlighted portions at 3:11-12, 15-19, 27; 4:1-16, 18-20, 26; 5:1-6, 23-24; 6:7-12, 14-18, 21-24; 7:3-8, 15-21; 8:1-12, 14-18, 22-23; 9:3-17, 19-22; 10:1-11, 13-15, 17-19, 24; 14:7-17, 26-27; 16:11-16, 18-23; 17:1, 22-23; 20:18-19 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential information and supported by a declaration. |
| 570-6 | Exhibit 1 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-8 | Exhibit 2 to Kim Declaration | Highlighted portions at 49:1-25; p. 272:1-15 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential information and supported by a declaration. |
| 570-9 | Exhibit 4 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-10 | Exhibit 5 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-11 | Exhibit 6 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-12 | Exhibit 7 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

| 570-13 | Exhibit 8 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
|--------|------------------------------|---------|----------------------------------------------------------|
| 570-14 | Exhibit 9 to Kim Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 570-16 | Exhibit 10 to Kim Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 570-18 | Exhibit 11 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 570-20 | Exhibit 12 to Kim Declaration | Highlighted portions at 259:20-260:25 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential information. |
| 570-21 | Exhibit 13 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-22 | Exhibit 14 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 570-23 | Exhibit 15 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-24 | Exhibit 16 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 570-26 | Exhibit 17 to Kim Declaration | Highlighted portions at 93:3-14, 19-21; 94:3-6; 94:18-20, 23-25; 174:7-176:13; 177:19-178:13; 260:1-25; 273:17-275:25; 279:1-25; 280:2-25 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential information. |
| 570-27 | Exhibit 18 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 570-28 | Exhibit 19 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-29 | Exhibit 20 to Kim Declaration | UNSEALED. | No supporting declaration filed. |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| 570-30 | Exhibit 21 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
|--------|-------------------------------|-----------|----------------------------------|
| 570-31 | Exhibit 22 to Kim Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 570-32 | Exhibit 23 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-33 | Exhibit 24 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-35 | Exhibit 25 to Kim Declaration | Highlighted portions at 44:10-16; 46:11-17; 47:15-18; 48:21-24; 49:18-21; 50:3-6; 50:13-51:5; 51:8-11; 52:7-8, 23-25; 53:11-14, 21-23; 54:1-5; 55:12-17; 56:8-12; 57:13-16; 59:20-24; 63:3-10; 66:3, 7-9; 70:8-11, 17-18; 71:5-7, 16-18; 72:5-6, 12-23; 74:13-20; 75:21-25; 76:3-25; 77:3-11, 21-25; 78:1-18; 80:24; 82:6-20; 82:24-83:22; 84:9-10, 18-19, 22-23; 85:6-25; 86:1, 5-17, 21-25; 87:1-89-21; 91:1-92:25; 366:1- 367:25 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential information and supported by a declaration. |
| 570-36 | Exhibit 26 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-37 | Exhibit 28 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-38 | Exhibit 29 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-39 | Exhibit 30 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

| 570-40 | Exhibit 31 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
|---|---|---|---|
| 570-41 | Exhibit 32 to Kim Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 570-42 | Exhibit 33 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-43 | Exhibit 34 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-45 | Exhibit 35 to Kim Declaration | Highlighted portions at 96:1-15; 98:10-23; 103:1-15, 24-25; 126:1-24; 272:7-8, 13-25 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential information and supported by a declaration. |
| 570-46 | Exhibit 36 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-47 | Exhibit 37 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-48 | Exhibit 38 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 570-49 | Exhibit 39 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 570-50 | Exhibit 40 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-51 | Exhibit 42 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-52 | Exhibit 43 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-53 | Exhibit 45 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |

United States District Court
For the Northern District of California

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 570-54 | Exhibit 46 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-55 | Exhibit 47 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-57 | Exhibit 48 to Kim Declaration | Highlighted portions at 89:1-25; 172:1-173:14 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential information and supported by a declaration. |
| 570-58 | Exhibit 49 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-59 | Exhibit 50 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-60 | Exhibit 51 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-61 | Exhibit 52 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-62 | Exhibit 53 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-63 | Exhibit 54 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-64 | Exhibit 55 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-66 | Exhibit 56 to Kim Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 570-67 | Exhibit 57 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-68 | Exhibit 58 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

United States District Court
For the Northern District of California

| 570-69 | Exhibit 59 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
|---|---|---|---|
| 570-70 | Exhibit 60 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-71 | Exhibit 61 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-72 | Exhibit 62 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-73 | Exhibit 63 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-74 | Exhibit 64 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-75 | Exhibit 65 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-76 | Exhibit 66 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-77 | Exhibit 67 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-78 | Exhibit 68 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-79 | Exhibit 69 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-80 | Exhibit 70 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-81 | Exhibit 71 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

| 570-82 | Exhibit 72 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
|---|---|---|---|
| 570-83 | Exhibit 73 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-85 | Exhibit 74 to Kim Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 570-86 | Exhibit 75 to Kim Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 570-87 | Exhibit 77 to Kim Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 570-88 | Exhibit 78 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 570-89 | Exhibit 79 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-90 | Exhibit 80 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-91 | Exhibit 81 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 570-92 | Exhibit 82 to Kim Declaration | 7:18-8:5 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 570-93 | Exhibit 83 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-94 | Exhibit 84 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-95 | Exhibit 85 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 570-96 | Exhibit 86 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

| 570-97 | Exhibit 87 to Kim Declaration | SEALED. | Narrowly tailored to confidential business information. |
|--------|------------------------------|---------|-------------------------------------------------------|
| 587-4 | Exhibit A to Baskin Declaration | UNSEALED. | No supporting declaration filed. |
| 587-6 | Exhibit B to Baskin Declaration | UNSEALED. | No supporting declaration filed. |
| 594-4 | Opposition Brief to ISSI's Motion to Strike | UNSEALED. | No supporting declaration filed. |
| 594-6 | Declaration of Robert J. Murphy | UNSEALED. | No supporting declaration filed. |
| 594-8 | Exhibit 1 to Murphy Declaration | UNSEALED. | No supporting declaration filed. |
| 594-9 | Exhibit A to Dharnidharka Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 594-10 | Exhibit D to Dharnidharka Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 594-12 | Exhibit E to Dharnidharka Declaration | Highlighted portions at 256:5-12, 256:22-257:4 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 594-13 | Exhibit F to Dharnidharka Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 594-15 | Exhibit G to Dharnidharka Declaration | Highlighted portions at 200:13-15; 201:7-202:13 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 594-17 | Exhibit I to Dharnidharka Declaration | UNSEALED. | No supporting declaration filed. |
| 594-18 | Exhibit K to Dharnidharka Declaration | UNSEALED. | No supporting declaration filed. |
| 594-19 | Exhibit L to Dharnidharka Declaration | SEALED. | Narrowly tailored to confidential business information. |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

| 594-20 | Exhibit M to Dharnidharka Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 594-21 | Exhibit N to Dharnidharka Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 614-3 | Opposition of GSI to UMI's Ex Parte Letter to Court | UNSEALED. | No supporting declaration filed. |
| 614-4 | Declaration of Brooke Killian Kim | UNSEALED. | No supporting declaration filed. |
| 618-4 | Motion to Amend Case Management Order and for Leave to File Third Amended Complaint | Highlighted portions at 1:21-26; 3:27-28; 4:11-15, 17-22; 7:9-16; 11:21-23; 11:27-28; 12:26-28; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 618-5 | Exhibit A to Dharnidharka Declaration | UNSEALED. | No supporting declaration filed. |
| 618-6 | Exhibit C to Dharnidharka Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 618-7 | Exhibit D to Dharnidharka Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 618-8 | Exhibit E to Dharnidharka Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 618-9 | Exhibit F to Dharnidharka Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 618-10 | Exhibit G to Dharnidharka Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 618-11 | Exhibit H to Dharnidharka Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 618-12 | Exhibit I to Dharnidharka Declaration | SEALED. | Narrowly tailored to confidential business information. |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

| 618-13 | Exhibit J to Dharnidharka Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
|---|---|---|---|
| 618-14 | Exhibit M to Dharnidharka Declaration | UNSEALED. | No supporting declaration filed. |
| 618-15 | Exhibit N to Dharnidharka Declaration | UNSEALED. | No supporting declaration filed. |
| 618-17 | Exhibit O to Dharnidharka Declaration | Highlighted portions at 7:24-8:4; 8:26-28; 10:1-4; 11:4-6; 11:11-12:3; 13:7-9; 13:12-14:12; 14:14-22; 18:6-10; 22:11-21 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 618-19 | Exhibit Q to Dharnidharka Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 618-20 | Exhibit S to Dharnidharka Declaration | UNSEALED. | No supporting declaration filed. |
| 618-21 | Exhibit V to Dharnidharka Declaration | UNSEALED. | No supporting declaration filed. |
| 618-22 | Exhibit W to Dharnidharka Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 618-24 | Exhibit X to Dharnidharka Declaration | Highlighted portions at 13:23-14:2; 15:5-15:8; 16:13-23, 26-28; 17:22-25; 18:4-14, 16-26; 19:3-4; 19:6-20:2; 21:18-28; 22:1-3; 26:12-23; 28:8-18; 28:23-24; 29:22-25; 34:22-24; 37:17-20; 37:26-38:10; 39:1-3, 14-22; 40:1-3, 6-9, 13-18; 41:1-2, 11-13; 42:1-3, 9-12, 19-22; 43:15-23; 43:27-44:2; 44:7-10, 14-16; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

**United States District Court**
For the Northern District of California

| 636-4 | UMI's Opposition to GSI Motion for Partial Summary Judgment | SEALED. | Narrowly tailored to confidential business information. |
|---|---|---|---|
| 636-6 | Exhibit B to Ramos Declaration | UNSEALED. | No supporting declaration filed. |
| 636-8 | Exhibit C to Ramos Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 636-9 | Exhibit C to Ramos Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 636-10 | Exhibit C to Ramos Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 636-12 | Exhibit D to Ramos Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 636-14 | Exhibit E to Ramos Declaration | 77:1-8; 178:1-9; 178:18-180:3; 181:1-12; 181:20-182:21; 183:6-25 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 636-16 | Exhibit F to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 636-18 | Exhibit G to Ramos Declaration | UNSEALED. | No supporting declaration filed. |
| 636-23 | Exhibit I to Ramos Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 636-25 | Exhibit J to Ramos Declaration | UNSEALED. | No supporting declaration filed. |
| 636-26 | Exhibit J to Ramos Declaration | UNSEALED. | No supporting declaration filed. |
| 636-27 | Exhibit J to Ramos Declaration | UNSEALED. | No supporting declaration filed. |
| 636-29 | Exhibit K to Ramos Declaration | UNSEALED. | No supporting declaration filed. |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

| 636-31 | Exhibit L to Ramos Declaration | 36:15-37:4; 38:11-18; 39:16-40:1; 40:12-22; 41:4-12; 42:2- 10; 46:4-23; 47:21-48:6; 48:12-19: 48:25-49:17; 50:17-51:5; 51:16-52:4; 53:3-19; 53:22-54:5; 54:6-15; 54:16-25; 63:3-16; 64:21-66:1; 66:9-66:25; 69:6-10; 69:14-24; 70:25-71:8; 72:20-25; 73:1-6; 73:17-74:4; 75:15-23; 75:25-76:22; 77:10-25; 78:14-80:12; 80:18-81:25; 82:1-83:4; 84:22-85:7; 86:17-87:13; 87:23-88:2; 88:7-13; 88:18-20; 88:25-89:20; 91:12-19; 91:24-92:2; 92:11-21; 92:22-93:3; 94:2-8; 94:11-95:17; 96:5-14; 97:4-98:11; 101:6-12; 107:5-15; 107:21-25; 108:1-7; 108:21-109:10; 114:12-115:19; 121:25-123:7; 124:10-125:1; 129:6-19; 129:21-130:3; 130:7-131:10; 131:16-23; 155:23-156:3; 160:3-15 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| --- | --- | --- | --- |
| 636-33 | Exhibit M to Ramos Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |
| 636-36 | Exhibit O to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 636-38 | Exhibit P to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 636-40 | Exhibit Q to Ramos Declaration | SEALED. | Narrowly tailored to confidential business information. |
| 636-42 | Exhibit R to Ramos Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL

United States District Court
For the Northern District of California

| 636-44 | Exhibit S to Ramos Declaration | UNSEALED. | Not narrowly tailored to confidential business information. |

**SO ORDERED.**

Dated:  June 26, 2015

                                        _Paul S. Grewal_
                                        PAUL S. GREWAL
                                        United States Magistrate Judge

Case No.:  5:13-cv-01081-PSG
OMNIBUS ORDER RE:  MOTIONS TO SEAL