1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., a Delaware Corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>UNITED MEMORIES, INC., a Colorado Corporation, and INTEGRATED SILICON SOLUTION, INC., a Delaware Corporation,<br><br>    Defendants and Counter-Claimants. | CASE NO. Civ. Action No. 13-CV-1081-PSG<br><br>**[PROPOSED] ORDER AUTHORIZING USE OF AUDIO VISUAL EQUIPMENT IN COURTROOM FOR JUNE 30, 2015 HEARING**<br><br>Complaint: Filed March 8, 2013<br>Judge: Hon. Paul S. Grewal |

1  The Court rules that GSI Technology, Inc. ("GSI") shall be allowed to bring, and shall
2  have early access to the courtroom to set up, the following equipment for the hearing scheduled
3  for 9:00 a.m. on June 30, 2015:

4  1. One (1) projector and cord;
5  2. Two (2) switch boxes for the projector and related cords;
6  3. One (1) box containing the above;
7  4. Five (5) LCD flat screen monitors;
8  5. Two (2) small portable tables;
9  6. Laptop computers;
10 7. All cables, adapters, extension cords, power strips, and tape necessary for using
11 the above-referenced equipment.

12 IT IS HEREBY ORDERED THAT GSI shall be allowed to bring the above equipment to
13 the courtroom on June 30, 2015;

14 IT IS FURTHER ORDERED THAT GSI shall have access to the courtroom to set up the
15 above equipment at 8:00 a.m. on June 30, 2015.

16 IT IS SO ORDERED.

Dated: 6/29/2015

_____
HON. PAUL S. GREWAL