UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC. | Case No. 5:13-cv-01081-PSG |
| Plaintiffs, | **ORDER RE: MOTIONS TO SEAL** |
| v. | |
| UNITED MEMORIES, INC., et al., | **(Re: Docket Nos. 623, 626, 629, 654, 657, 658, 662, 665, 669, 674, 697, 702, 710, 722, 727)** |
| Defendants. | |

Before the court are 15 administrative motions to seal many documents. "Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'"[1] Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point."[2] Parties seeking to seal judicial records relating to dispositive motions bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure.[3]

---

[1] *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)).

[2] *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

[3] *Id.* at 1178-79.

1

Case No. 5:13-cv-01081-PSG
ORDER RE: MOTIONS TO SEAL

However, "while protecting the public's interest in access to the courts, we must remain mindful of the parties' right to access those same courts upon terms which will not unduly harm their competitive interest."[4] Records attached to nondispositive motions therefore are not subject to the strong presumption of access.[5] Because the documents attached to nondispositive motions "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving to seal must meet the lower "good cause" standard of Rule 26(c).[6] As with dispositive motions, the standard applicable to nondispositive motions requires a "particularized showing"[7] that "specific prejudice or harm will result" if the information is disclosed.[8] "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice.[9] A protective order sealing the documents during discovery may reflect the court's previous determination that good cause exists to keep the documents sealed,[10] but a blanket protective order that allows the parties to designate confidential documents does not provide sufficient judicial scrutiny to determine whether each particular document should remain sealed.[11]

In addition to making particularized showings of good cause, parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5. Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document

---

[4] *Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013).

[5] *See id.* at 1180.

[6] *Id.* at 1179 (internal quotations and citations omitted).

[7] *Id.*

[8] *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002); *see* Fed. R. Civ. P. 26(c).

[9] *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

[10] *See Kamakana,* 447 F.3d at 1179-80.

[11] *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable.").

is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law." "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)."[12] "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."[13]

With these standards in mind, the courts rules on the instant motions as follows:

| **Motion to Seal** | **Document to be Sealed** | **Result** | **Reason/Explanation** |
|---|---|---|---|
| 623-5 | GSI's Opposition to UMI's Motion for Summary Judgment | Designations highlighted in blue SEALED; designations highlighted in yellow at 8:11-21, 23:9-11 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information, supported by a declaration and not publicly disclosed elsewhere in record. *See, e.g.*, Docket Nos. 568-60; 652. |
| 623-7 | Exhibit A to Kim Declaration | Designations highlighted in purple SEALED, except 222:3-14 UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 623-9 | Exhibit B to Kim Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 623-10 | Exhibit D to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 623-11 | Exhibit E to Kim Declaration | UNSEALED. | No supporting declaration filed. |

---

[12] Civ. L.R. 79-5(b). In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d).

[13] Civ. L.R. 79-5(e)(1).

3

Case No. 5:13-cv-01081-PSG
ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 623-12 | Exhibit F to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 623-14 | Exhibit G to Kim Declaration | Designations highlighted in purple SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 623-15 | Exhibit H to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 623-16 | Exhibit I to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 623-17 | Exhibit J to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 623-18 | Exhibit K to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 623-19 | Exhibit L to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 623-20 | Exhibit O to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 623-21 | Exhibit P to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 623-22 | Exhibit R to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 623-23 | Exhibit S to Kim Declaration | UNSEALED. | No supporting declaration filed. |

4

Case No. 5:13-cv-01081-PSG
ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 626-5 | Opposition to GSI's Motion for Partial Summary Judgment | Designations highlighted in blue, yellow and purple SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 626-7 | Exhibit AA to Baskin Declaration | Designations highlighted in yellow and Depo Exs. 105, 106, 107 SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 626-9 | Exhibit BB to Baskin Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 626-11 | Exhibit EE to Baskin Declaration | Designations highlighted in yellow and Depo Ex. 180 SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 626-13 | Exhibit FF to Baskin Declaration | Designations highlighted in yellow and Depo Exs. 179, 296 SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 626-15 | Exhibit GG to Baskin Declaration | Designations highlighted in yellow and Depo Exs. 256, 257 SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 626-17 | Exhibit II to Baskin Declaration | Designations highlighted in yellow and Depo Exs. 232, 233 SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 626-19 | Exhibit JJ to Baskin Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 626-21 | Exhibit KK to Baskin Declaration | Designations highlighted in yellow and Depo Exs. 459 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |

5

Case No. 5:13-cv-01081-PSG
ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 626-23 | Exhibit LL to Baskin Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-4 | GSI's Opposition to ISSI's Motion for Summary Judgment | Designations highlighted in blue and yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-6 | Exhibit 2 to Kim Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-8 | Exhibit 3 to Kim Declaration | Designations highlighted in yellow and pink SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-9 | Exhibit 5 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-10 | Exhibit 6 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-11 | Exhibit 7 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-12 | Exhibit 8 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 629-13 | Exhibit 9 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-14 | Exhibit 10 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-16 | Exhibit 11 to Kim Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |

6

Case No. 5:13-cv-01081-PSG
ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 629-17 | Exhibit 12 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-18 | Exhibit 13 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-19 | Exhibit 13 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-21 | Exhibit 14 to Kim Declaration | Designations highlighted in blue SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-22 | Exhibit 16 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-23 | Exhibit 17 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-24 | Exhibit 18 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-25 | Exhibit 19 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-26 | Exhibit 20 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-27 | Exhibit 21 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |

**United States District Court**
For the Northern District of California

7
Case No. 5:13-cv-01081-PSG
ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 629-29 | Exhibit 22 to Kim Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-30 | Exhibit 23 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-31 | Exhibit 24 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-33 | Exhibit 25 to Kim Declaration | Designations highlighted in purple and orange SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 629-34 | Exhibit 26 to Kim Declaration | 117:2-118:8 SEALED; remainder UNSEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-35 | Exhibit 27 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-36 | Exhibit 28 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-37 | Exhibit29 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-38 | Exhibit 30 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-39 | Exhibit 32 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |

8

Case No. 5:13-cv-01081-PSG
ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 629-40 | Exhibit 33 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-41 | Exhibit 34 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-42 | Exhibit 35 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-43 | Exhibit 36 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-44 | Exhibit 37 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-45 | Exhibit 38 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-46 | Exhibit 39 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-47 | Exhibit 41 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-48 | Exhibit 43 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-49 | Exhibit 44 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |

9

Case No. 5:13-cv-01081-PSG
ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 629-50 | Exhibit 45 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-51 | Exhibit 46 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-52 | Exhibit 47 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-53 | Exhibit 48 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-54 | Exhibit 49 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-55 | Exhibit 50 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-56 | Exhibit 51 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-57 | Exhibit 52 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-58 | Exhibit 53 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-59 | Exhibit 54 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |

Case No. 5:13-cv-01081-PSG
ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 629-60 | Exhibit 55 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-61 | Exhibit 57 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 629-62 | Exhibit 58 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 629-63 | Exhibit 59 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 654-4 | Reply in Support of ISSI's Motion for Summary Judgment | Designations highlighted in yellow SEALED; designations highlighted in purple at 5:4-5, 5:23; 6:23-24; 6:26 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 657-3 | Exhibit A to Baskin Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 657-5 | Exhibit B to Baskin Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 658-4 | Reply in Support of GSI's Motion for Partial Summary Judgment Against UMI | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 658-5 | Exhibit 81 to Kim Declaration | UNSEALED. | No supporting declaration filed. |
| 658-6 | Exhibit 82 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |

Case No. 5:13-cv-01081-PSG
ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 662-4 | ISSI's Responses to Evidentiary Objections to ISSI's Motion for Summary Judgment | Designations highlighted in yellow SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 665-3 | Reply in Support of UMI's Motion for Summary Judgment | UNSEALED. | No supporting declaration filed. |
| 665-5 | Exhibit A to Ramos Declaration | UNSEALED. | No supporting declaration filed. |
| 669-5 | Reply in Support of GSI's Motion for Partial Summary Judgment Against ISSI | Designations highlighted in yellow SEALED except 3:9; 5:5; 5:9-10; 5:12-13; 5:15; 5:16-17 UNSEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 669-6 | Exhibit 90 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 669-7 | Exhibit 91 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 669-8 | Exhibit 92 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 669-9 | Exhibit 93 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 669-11 | Exhibit 96 to Kim Declaration | Designations highlighted in yellow and green SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |

12

Case No. 5:13-cv-01081-PSG
ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 669-13 | Exhibit 100 to Kim Declaration | Designations highlighted in yellow at 61:3-4; 61:6-8; 61:12-13; 61:15-24; 62:1-11; 62:1-11; 62:15; 62:17-25 SEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 669-14 | Exhibit 101 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 669-12 | Exhibit 102 to Kim Declaration | Designations highlighted in red and purple at 176:5-183:7; 184:4-188:24 SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 669-18 | Exhibit 103 to Kim Declaration | Designations highlighted yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 669-20 | Exhibit 104 to Kim Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 669-22 | Exhibit 106 to Kim Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 669-23 | Exhibit 108 to Kim Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 674-4 | Exhibit Y to Baskin Declaration | UNSEALED. | No supporting declaration filed. |
| 674-6 | Exhibit Z to Baskin Declaration | UNSEALED. | No supporting declaration filed. |
| 674-8 | Exhibit AA to Baskin Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 674-10 | Exhibit BB to Baskin Declaration | UNSEALED. | No supporting declaration filed. |

13
Case No. 5:13-cv-01081-PSG
ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 674-12 | Exhibit CC to Baskin Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 674-14 | Exhibit 1 to Kalakuntla Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 674-16 | Exhibit 2 to Kalakuntla Declaration | SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 697-4 | Exhibit A to Baskin Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 697-6 | Exhibit B to Baskin Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 697-8 | Exhibit C to Baskin Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 697-10 | Exhibit D to Baskin Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 697-12 | Exhibit E to Baskin Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 697-14 | Exhibit F to Baskin Declaration | Designations highlighted in yellow at 2:20-21; 3:15; 5:16-20; 5:21-23; 6:4-26; 7:1-13; 7:22-24; 8:10; 8:16-19; 8:20-21; 8:25-27; 9:1-8; 10:1-2; 15:5-13; 15:22-25; 16:1-2; 18:10-13; 19:1-2; 19:13-18; 29:14-17 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |

14

Case No. 5:13-cv-01081-PSG
ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 697-16 | Exhibit G to Baskin Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 697-18 | Exhibit H to Baskin Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 697-20 | Exhibit I to Baskin Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 697-22 | Exhibit J to Baskin Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 697-24 | Exhibit K to Baskin Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 697-26 | Exhibit L to Baskin Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 697-28 | Exhibit M to Baskin Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 697-30 | Exhibit N to Baskin Declaration | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 702-4 | Exhibit 1 to Dharnidharka Declaration | Designations highlighted in yellow, pink and blue SEALED; remainder UNSEALED. | Sealed portions narrowly tailored to confidential business information. |
| 702-6 | Exhibit 2 to Dharnidharka Declaration | Designations highlighted in yellow, pink and blue SEALED; remainder UNSEALED. | Sealed portions narrowly tailored to confidential business information. |

15

Case No. 5:13-cv-01081-PSG
ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 702-8 | Exhibit 3 to Dharnidharka Declaration | Designations highlighted in yellow, pink and blue SEALED; remainder UNSEALED. | Sealed portions narrowly tailored to confidential business information. |
| 702-10 | Exhibit 4 to Dharnidharka Declaration | Designations highlighted in yellow SEALED; remainder UNSEALED. | Sealed portions narrowly tailored to confidential business information. |
| 702-12 | Exhibit 5 to Dharnidharka Declaration | Designations highlighted in yellow SEALED; remainder UNSEALED. | Sealed portions narrowly tailored to confidential business information. |
| 702-14 | Exhibit 6 to Dharnidharka Declaration | Designations highlighted in yellow SEALED; remainder UNSEALED. | Sealed portions narrowly tailored to confidential business information. |
| 702-16 | Exhibit 7 to Dharnidharka Declaration | Designations highlighted in yellow and blue SEALED; remainder UNSEALED. | Sealed portions narrowly tailored to confidential business information. |
| 702-19 | Exhibit 8 to Dharnidharka Declaration | Designations highlighted in pink SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 702-20 | Exhibit 8 to Dharnidharka Declaration | Designations highlighted in pink SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 702-21 | Exhibit 9 to Dharnidharka Declaration | Designations highlighted in pink SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 710-4 | Exhibit A (copy of Exhibit F to GSI's Letter Brief Seeking Order to Compel ISSI to Produce 30(b)(6)) | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 710-6 | Exhibit B (copy of Exhibit 2 to Kim Declaration in support of GSI's Motion for Partial Summary Judgment Against ISSI) | Designations highlighted in yellow SEALED. | Sealed portions narrowly tailored to confidential business information. |

16

Case No. 5:13-cv-01081-PSG
ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 722-4 | GSI's Notice of Motion and Motion for Sanctions | Designations highlighted in yellow at 1:27-2:2 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 722-4 | GSI's Memorandum of Points and Authorities in Support of Motion for Sanctions | Designations highlighted in yellow at 1:21-24; 1:28-2:1; 3:9-4:7 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 722-5 | Exhibit A to Dharnidharka Declaration | 5:21-6:3; 7:3-8:7; 10:3-25:23 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 722-7 | Exhibit B to Dharnidharka Declaration | Designations highlighted in yellow at 57:2-4; 58:2-7; 58:23-25; 81:20-83:12; 84:25-85:5; 85:24- 25; 89:25-91:25; 100:4-19; 100:13-102:21; 107:3-108:18; 113:17-114:12; 116:10-11; 116:22-117:9; 121:25; 123:4-8 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 722-9 | Exhibit C to Dharnidharka Declaration | UNSEALED. | No supporting declaration filed. |
| 722-10 | Exhibit D to Dharnidharka Declaration | 89:22-94:25 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 727-3 | ISSI's Motion for Protective Order | Designations highlighted in yellow SEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |

17

Case No. 5:13-cv-01081-PSG
ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 727-5 | Exhibit A to Baskin Declaration | Designations highlighted in yellow at 5:21-6:3; 7:3-8:7; 10:3-25:23 SEALED. | Sealed portions narrowly tailored to confidential business information. |
| 727-7 | Exhibit B to Baskin Declaration | Charts in 7:19-18:18; 22:22-5:24 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 727-9 | Exhibit C to Baskin Declaration | 23:2, 23:5-6, 23:17-21, 23:24-25 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 727-11 | Exhibit D to Baskin Declaration | 11:19, 11:22-24, 12:5-9, 12:12-13 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 727-13 | Exhibit E to Baskin Declaration | UNSEALED. | No declaration filed. |
| 727-15 | Exhibit F to Baskin Declaration | UNSEALED. | No declaration filed. |
| 727-17 | Exhibit G to Baskin Declaration | 366:1-367:2 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |
| 727-19 | Exhibit H to Baskin Declaration | 56:1-10; 57:2-4; 58:2-7; 58:23-59:2; 59:25-6:3; 63:18-64:1; 65:22-24; 66:18-21; 67:20-68:2; 69:23-70:1; 70:4-70:12; 70:24-71:5; 72:21-24; 74:13-15; 76:16-22; 79:1- 12; 84:25-85:5; 85:24-25; 108:1-18 SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |

18
Case No. 5:13-cv-01081-PSG
ORDER RE:  MOTIONS TO SEAL

Case 5:13-cv-01081-PSG   Document 740   Filed 08/06/15   Page 19 of 19

| 727-21 | Exhibit Q to Baskin Declaration | Portions highlighted in yellow SEALED; remainder UNSEALED. | Only sealed portions narrowly tailored to confidential business information and supported by a declaration. |

**SO ORDERED.**

Dated:  August 6, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

19

Case No. 5:13-cv-01081-PSG
ORDER RE:  MOTIONS TO SEAL