1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., a Delaware Corporation, | CASE NO.  Civ. Action No. 13-CV-1081-PSG |
| Plaintiff and Counter-Defendant, | [PROPOSED] ORDER AUTHORIZING USE OF AUDIO/VISUAL EQUIPMENT IN COURTROOM FOR TRIAL COMMENCING ON OCTOBER 26, 2015 |
| v. | |
| UNITED MEMORIES, INC., a Colorado Corporation, and INTEGRATED SILICON SOLUTION, INC., a Delaware Corporation, | Complaint: Filed March 8, 2013<br>Judge: Hon. Paul S. Grewal |
| Defendants and Counter-Claimants. | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEST\263071939.1          [PROPOSED] ORDER AUTHORIZING A/V EQUIP. / CASE NO. 13-CV-1081-PSG

1    The Court rules that GSI Technology, Inc. ("GSI") shall be allowed to bring, and shall

2  have early access to the courtroom to set up, the following equipment for the trial scheduled to

3  commence at 9:00 a.m. on October 26, 2015:

4        1.    One (1) Extron 4x4 VGA Switch;

5        2.    One (1) 17" HP LCD Monitor;

6        3.    Six (6) rolling carts for binders;

7        4.    All cables, adapters, extension cords, power strips, and tape necessary for using

8  the above-referenced equipment;

9        5.    One (1) wireless internet device;

10       6.    Laptop computers and mice;

11       7.    Laser pointers.

12       IT IS HEREBY ORDERED THAT GSI shall be allowed to use the above equipment

13  during the duration of the trial commencing on October 26, 2015;

14       IT IS FURTHER ORDERED THAT GSI shall have access to the courtroom to set up

15  items (1) through (4) at 9:00 a.m. on October 23, 2015.  The remaining items will be brought in

16  and removed on a daily basis.

17       IT IS SO ORDERED.

18

19  Dated:  10/19/2015

20                                        HON. PAUL S. GREWAL

21

22

23

24

25

26

27

28

-1-
WEST\263071939.1        [PROPOSED] ORDER AUTHORIZING A/V EQUIP. / CASE NO. 13-CV-1081-PSG