IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., a Delaware Corporation, | CASE NO.: 5:13-cv-01081-PSG |
| Plaintiff, | **[PROPOSED] ORDER AUTHORIZING USE OF ELECTRONIC EQUIPMENT IN COURTROOM FOR TRIAL** |
| v. | |
| UNITED MEMORIES, INC., a Colorado Corporation, and INTEGRATED SILICON SOLUTION, INC. a Delaware Corporation, | |
| Defendants. | Before:   Honorable Paul S. Grewal |
| AND RELATED COUNTERCLAIMS. | |

The Court rules that Integrated Silicon Solution, Inc. ("ISSI") shall be allowed to bring, and shall have early access to the courtroom to set up, the following equipment for trial scheduled to commence at 9:00 A.M. on October 26, 2015:

1. One (1) projector and cord;
2. One (1) large screen;
3. Six (6) 21" monitors;
4. Two (2) Anchor Speakers;
5. One (1) Elmo;
6. Six (6) rolling carts for binders;
7. All cables, adaptors, extension cords, switches, power strips, tape necessary for using the above-referenced equipment.

IT IS HEREBY ORDERED THAT ISSI shall be allowed to use the above equipment during the duration of the trial commencing on October 26, 2015.

IT IS FURTHER ORDERED THAT ISSI shall have access to the courtroom to set up the above equipment at 9:00 a.m. on October 23, 2015.

IT IS SO ORDERED.

Dated: 10/20/2015

Honorable Paul S. Grewal
United States Magistrate Judge