KORULA T. CHERIAN (SBN: 133967)
scherian@winston.com
CONSTANCE F. RAMOS (SBN: 203637)
cframos@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

ROBERT F. RUYAK (*pro hac vice*)
rruyak@winston.com
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20006-3817
Telephone:     (202) 282-5000
Facsimile:      (202) 282-5001

Attorneys for Defendant
UNITED MEMORIES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC. a Delaware Corporation, <br><br>           Plaintiff, <br><br>      v. <br><br> UNITED MEMORIES, INC., a Colorado Corporation, and INTEGRATED SILICON SOLUTION, INC., a Delaware Corporation, <br><br>           Defendant. | **Case No. 5:13-cv-01081-PSG** <br><br> **NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Arthur T. Farrell of the law firm Winston & Strawn LLP, who is a member of the bar of District of Columbia Court of Appeals, hereby enters his appearance in this action on behalf of Defendant, UNITED MEMORIES, INC.

Dated: October 22, 2015                    Respectfully submitted,

By: /s/ *Korula T. Cherian*
Korula T. Cherian (SBN: 133967)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
*scherian@winston.com*

Robert F. Ruyak (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone: (202) 282-5000
Facsimile: (202) 282-5001
*rruyak@winston.com*

Attorneys for Defendant
UNITED MEMORIES, INC.