Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GSI TECHNOLOGY, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>UNITED MEMORIES, INC., a Colorado Corporation, and INTEGRATED SILICON SOLUTION, Inc., a Delaware Corporation,<br><br>              Defendants. | **Case No. 13-cv-01081-PSG**<br><br>**[~~PROPOSED~~] ORDER GRANTING USE OF ELECTRONIC AND RELATED EQUIPMENT IN COURTROOM FOR TRIAL**<br><br>Judge:        Honorable Paul S. Grewal<br>Trial Date:  October 26, 2015 |
| AND RELATED COUNTERCLAIMS. | |

The Court rules that United Memories, Inc. ("UMI") shall be allowed to bring, and shall have early access to the courtroom to set up, the following electronic and related equipment for trial scheduled to commence at 9:00 A.M. on October 26, 2015:

1. One Laserjet Pro 400 M40/DNE black and white printer;
2. Eight (8) laptops;
3. Six (6) rolling carts for binders;
4. Four (4) easles;
5. Two (2) whiteboards;
6. Two (2) large Post-It Pads;
7. Boxes of demonstratives; and
8. All cables, adaptors, extension cords, VGA switch, power strips, and tape necessary.

IT IS HEREBY ORDERED THAT UMI shall be allowed to use the above electronic and related equipment during the duration of the trial commencing on October 26, 2015.

IT IS FURTHER ORDERED THAT UMI shall have access to the courtroom to set up the above electronic and related equipment at 9:00 a.m. on October 23, 2015.

IT IS SO ORDERED.

Dated: 10/22/2015

Honorable Paul S. Grewal
United States Magistrate Judge