```
JEFFREY M. SHOHET (Cal. Bar No. 067529)
jeffrey.shohet@dlapiper.com
BROOKE KILLIAN KIM (Cal. Bar No. 239298)
brooke.kim@dlapiper.com
VERONICA JACKSON (Cal. Bar No. 243095)
veronica.jackson@dlapiper.com
KELLIN M. CHATFIELD (Cal. Bar No. 288389)
kellin.chatfield@dlapiper.com
```
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:     619.699.2700
Fax:    619.699.2701

```
ANDREW P. VALENTINE (Cal. Bar No. 162094)
andrew.valentine@dlapiper.com
RAJIV DHARNIDHARKA (Cal. Bar No. 234756)
rajiv.dharnidharka@dlapiper.com
STEVEN S. KIMBALL (Cal. Bar No. 154925)
steven.kimball@dlapiper.com
```
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:     650.833.2000
Fax:    650.833.2001

Attorneys for Plaintiff and Counter-Defendant
GSI Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., a Delaware Corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>UNITED MEMORIES, INC., a Colorado Corporation, and INTEGRATED SILICON SOLUTION, INC., a Delaware Corporation,<br><br>    Defendants and Counter-Claimants. | CASE NO.  13-CV-1081-PSG<br><br>**PLAINTIFF AND COUNTER-DEFENDANT GSI TECHNOLOGY, INC.'S NOTICE OF APPEARANCE OF STEVEN S. KIMBALL**<br><br>Complaint Filed:   March 8, 2013<br>Courtroom:          5<br>Judge:                    Hon. Paul S. Grewal |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned attorney, Steven S. Kimball, hereby appears in this action as counsel for Plaintiff and Counter-Defendant GSI Technology, Inc. Copies of all pleadings and papers filed in this action should be served on counsel as follows:

> Steven S. Kimball
> steven.kimball@dlapiper.com
> **DLA PIPER LLP (US)**
> 400 Capitol Mall, Suite 2400
> Sacramento, CA 95814-4428
> Tel.: (916) 930-3200
> Fax.: (916) 930-7910

Dated: October 23, 2015               DLA PIPER LLP (US)

                                      By */s/ Steven S. Kimball*
                                         STEVEN S. KIMBALL
                                         Attorneys for Plaintiff
                                         GSI TECHNOLOGY, INC.