UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GSI TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED MEMORIES, INC., ET AL., ) <br> ) <br> Defendants. ) <br> ) | Case No. 5:13-cv-01081-PSG <br><br> **ORDER RE: OPENING STATEMENT MATERIALS** <br><br> **(Re: Docket Nos. 946, 948)** |

Plaintiff GSI Technology, Inc. presented various objections to Defendants United Memories, Inc. and Integrated Silicon Solution, Inc.'s opening statement materials.[1] ISSI also objected to GSI's opening statement materials.[2] The court has carefully considered each objection raised in the briefs and at today's hearing,[3] as well as the relevant case law. Each party's objections are OVERRULED.

**SO ORDERED.**

Dated: October 26, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 948.

[2] *See* Docket No. 946.

[3] *See* Docket No. 952.

Case No. 5:13-cv-01081-PSG
ORDER RE: OPENING STATEMENT MATERIALS

1