UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GSI TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED MEMORIES, INC., et al., <br><br> Defendants. | Case No. 5:13-cv-01081-PSG <br><br> **ORDER RE: LIMITING INSTRUCTION** |

As the court indicated it would today during trial, it has considered ISSI's proposed limiting instruction regarding the testimony of Anand Bagchi and Ron Kalakuntla. The court will give the following limiting instruction on Thursday, November 12, 2015, before the first of these two witnesses testifies:

> You will hear testimony from the next two witnesses, Ron Kalakuntla and Anand Bagchi, regarding Mr. Bagchi's hiring by ISSI and his forwarding emails that he received from Cisco while he was at ISSI.
>
> The court has ruled that Mr. Bagchi's hiring was lawful, and in and of itself is not evidence of wrongdoing.
>
> The court also has ruled that Cisco's selection of ISSI as the Atris bid winner was not caused by any transfer of information or other conduct by Mr. Bagchi.
>
> Evidence regarding Mr. Bagchi's conduct before joining ISSI may not be considered as to these two issues.
>
> Evidence regarding Mr. Bagchi's conduct before joining ISSI may nevertheless be considered on other issues, such as (1) ISSI's knowledge of the relationship between UMI and GSI; (2) the ownership of the schematics; and (3) whether GSI brought this lawsuit in bad faith.

Case No. 5:13-cv-01081-PSG
ORDER RE: LIMITING INSTRUCTION

1

1 **SO ORDERED.**

2 Dated: November 10, 2015

3 _____
PAUL S. GREWAL

4 United States Magistrate Judge

28

2

Case No. 5:13-cv-01081-PSG
ORDER RE: LIMITING INSTRUCTION