1

2

3

4     UNITED STATES DISTRICT COURT

5     NORTHERN DISTRICT OF CALIFORNIA

6

7     GSI TECHNOLOGY, INC.,                 Case No. 5:13-cv-01081-PSG

8              Plaintiff,                   **[PROPOSED] JURY VERDICT FORM**

9          v.

10    UNITED MEMORIES, INC., et al.,

11             Defendants.

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

# CONTENTS

I.     Trade Secret Claims ............................................................................................... 4

    A.   GSI's Misappropriation of Trade Secrets Claims: Preliminary Questions ....................... 4

    B.   GSI's Misappropriation of Trade Secrets Claims Against UMI ....................................... 6

    C.   UMI's Affirmative Defense: Unclean Hands ................................................................. 7

    D.   UMI's Affirmative Defense: Ready Ascertainability ...................................................... 7

    E.   UMI's Affirmative Defense: Statute of Limitations ....................................................... 8

    F.   GSI's Misappropriation of Trade Secrets Claims Against ISSI ....................................... 9

    G.   ISSI's Affirmative Defense: Unclean Hands ................................................................ 10

    H.   ISSI's Affirmative Defense: Ready Ascertainability ..................................................... 10

    I.    ISSI's Affirmative Defense: Estoppel ......................................................................... 11

    J.    ISSI's Affirmative Defense: Mitigation ...................................................................... 12

    K.   Misappropriation of Trade Secrets: Damages .............................................................. 12

    L.   Contention of Bad Faith Assertion of a Trade Secret Claim .......................................... 14

II.    Intentional Interference with Prospective Economic Relations Claim ........................... 15

    A.   GSI's Intentional Interference with Prospective Economic Relations Claim:
        Preliminary Question ................................................................................................ 15

    B.   GSI's Intentional Interference with Prospective Economic Relations Claim
        Against UMI ............................................................................................................ 15

    C.   UMI's Affirmative Defense: Unclean Hands ............................................................... 16

    D.   GSI's Intentional Interference with Prospective Economic Relations Against ISSI ........ 16

    E.   ISSI Affirmative Defense: Unclean Hands .................................................................. 17

    F.   ISSI's Affirmative Defense: Estoppel ......................................................................... 18

    G.   ISSI's Affirmative Defense: Mitigation ...................................................................... 19

    H.   Damages ................................................................................................................. 19

III.   Breach of Contract ................................................................................................ 21

    A.   GSI's Breach of Contract Claim Against UMI ............................................................. 21

    B.   UMI's Affirmative Defense: Unclean Hands ............................................................... 21

    C.   UMI's Affirmative Defense: Fraudulent Inducement .................................................... 22

    D.   UMI's Affirmative Defense: Waiver .......................................................................... 23

    E.   UMI's Affirmative Defense: Statute of Limitations ...................................................... 23

    F.   UMI's Affirmative Defense: Mitigation ...................................................................... 24

    G.   Damages ................................................................................................................. 24

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

IV.   Fraud ................................................................................................................. 25

   A.   GSI's Claim of Fraud against UMI ............................................................. 25

   B.   UMI's Affirmative Defense: Unclean Hands .............................................. 26

   C.   UMI's Affirmative Defense: Waiver ........................................................... 26

   D.   UMI's Affirmative Defense: Statute of Limitations ................................... 27

   E.   Damages ...................................................................................................... 27

V.   False Promise ..................................................................................................... 28

   A.   GSI's Claim of False Promise Against UMI ............................................... 28

   B.   UMI's Affirmative Defense: Unclean Hands .............................................. 29

   C.   Damages ...................................................................................................... 30

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

**I.      Trade Secret Claims**

**A.  GSI's Misappropriation of Trade Secrets Claims: Preliminary Questions**

1.  Do you find by a preponderance of the evidence that GSI owned the information in any of the following 25 circuit schematics?

|    |            | Yes | No |
|----|------------|-----|----|
| 1  | chcon      |     |    |
| 2  | rclk       |     |    |
| 3  | rclk_match |     |    |
| 4  | dmmatch    |     |    |
| 5  | wclk       |     |    |
| 6  | rcbufwrc   |     |    |
| 7  | wbkcom     |     |    |
| 8  | qcalblk    |     |    |
| 9  | qcal       |     |    |
| 10 | qcaladj    |     |    |
| 11 | qcals      |     |    |
| 12 | pcalreg    |     |    |
| 13 | ncalreg    |     |    |
| 14 | fidec      |     |    |
| 15 | gclk       |     |    |
| 16 | yclkmix    |     |    |
| 17 | r13buf     |     |    |
| 18 | rbuf       |     |    |
| 19 | bnkcon     |     |    |
| 20 | yclkclk    |     |    |
| 21 | lwrite     |     |    |
| 22 | pretimer   |     |    |
| 23 | bab_s80    |     |    |
| 24 | lread      |     |    |
| 25 | rcbuf      |     |    |

**If you answered "No" for the information in <u>all</u> of the schematics, proceed to section I.L. If you answered "Yes" for the information in <u>any</u> of the schematics, then answer the next question.**

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

United States District Court
Northern District of California

2.  Do you find by a preponderance of the evidence that information in any of the following 25 circuit schematics was a trade secret at the time of the claimed misappropriation?

|   |  | Yes | No |
|---|---|---|---|
| 1 | chcon | | |
| 2 | rclk | | |
| 3 | rclk_match | | |
| 4 | dmmatch | | |
| 5 | wclk | | |
| 6 | rcbufwrc | | |
| 7 | wbkcom | | |
| 8 | qcalblk | | |
| 9 | qcal | | |
| 10 | qcaladj | | |
| 11 | qcals | | |
| 12 | pcalreg | | |
| 13 | ncalreg | | |
| 14 | fidec | | |
| 15 | gclk | | |
| 16 | yclkmix | | |
| 17 | r13buf | | |
| 18 | rbuf | | |
| 19 | bnkcon | | |
| 20 | yclkclk | | |
| 21 | lwrite | | |
| 22 | pretimer | | |
| 23 | bab_s80 | | |
| 24 | lread | | |
| 25 | rcbuf | | |

**If you answered "No" for the information in <u>all</u> of the schematics, proceed to section I.L. If you answered "Yes" for the information in <u>any</u> of the schematics, then answer the next question.**

United States District Court
Northern District of California

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

**B. GSI's Misappropriation of Trade Secrets Claims Against UMI**

3. Do you find by a preponderance of the evidence that UMI improperly used or disclosed the trade secret information in any of the following 25 circuit schematics?

|   |   | Yes | No |
|---|---|---|---|
| 1 | chcon | | |
| 2 | rclk | | |
| 3 | rclk_match | | |
| 4 | dmmatch | | |
| 5 | wclk | | |
| 6 | rcbufwrc | | |
| 7 | wbkcom | | |
| 8 | qcalblk | | |
| 9 | qcal | | |
| 10 | qcaladj | | |
| 11 | qcals | | |
| 12 | pcalreg | | |
| 13 | ncalreg | | |
| 14 | fidec | | |
| 15 | gclk | | |
| 16 | yclkmix | | |
| 17 | r13buf | | |
| 18 | rbuf | | |
| 19 | bnkcon | | |
| 20 | yclkclk | | |
| 21 | lwrite | | |
| 22 | pretimer | | |
| 23 | bab_s80 | | |
| 24 | lread | | |
| 25 | rcbuf | | |

**If you answered "No" for the information in <u>all</u> of the schematics, proceed to section I.F. If you answered "Yes" for the information in <u>any</u> of the schematics, then answer the next question.**

United States District Court
Northern District of California

6

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

4. Do you find by a preponderance of the evidence that UMI's misappropriation was a substantial factor in causing GSI to suffer harm?

|  | Yes | No |
|---|---|---|
|  |  |  |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section I.F.**

## C. UMI's Affirmative Defense: Unclean Hands

5. Did UMI prove by a preponderance of the evidence that GSI committed misconduct that violated standards of good faith or conscience?

|  | Yes | No |
|---|---|---|
|  |  |  |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section I.D.**

6. Did UMI prove by a preponderance of the evidence that GSI's misconduct was directly related to its claim of misappropriation of trade secrets?

|  | Yes | No |
|---|---|---|
|  |  |  |

**If you answered "Yes," then proceed to Section I.F. If you answered "No," then proceed to the next question.**

## D. UMI's Affirmative Defense: Ready Ascertainability

7. Did UMI prove by a preponderance of the evidence that GSI's alleged trade secrets were readily ascertainable by proper means at the time of the alleged acquisition, use, or disclosure?

|  | Yes | No |
|---|---|---|
|  |  |  |

**If you answered "Yes," then proceed to Section I.F. If you answered "No," then proceed to the next question.**

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

United States District Court
Northern District of California

**E.  UMI's Affirmative Defense: Statute of Limitations**

8.  Did UMI prove by a preponderance of the evidence that the misappropriation occurred on or before March 8, 2010?

| Yes | No |
| --- | --- |
|  |  |

**Proceed to the next question.**

United States District Court
Northern District of California

**F. GSI's Misappropriation of Trade Secrets Claims Against ISSI**

9.  Do you find by a preponderance of the evidence that ISSI improperly acquired or used the trade secret information in any of the following 25 circuit schematics?

|    |            | Yes | No |
|----|------------|-----|----|
| 1  | chcon      |     |    |
| 2  | rclk       |     |    |
| 3  | rclk_match |     |    |
| 4  | dmmatch    |     |    |
| 5  | wclk       |     |    |
| 6  | rcbufwrc   |     |    |
| 7  | wbkcom     |     |    |
| 8  | qcalblk    |     |    |
| 9  | qcal       |     |    |
| 10 | qcaladj    |     |    |
| 11 | qcals      |     |    |
| 12 | pcalreg    |     |    |
| 13 | ncalreg    |     |    |
| 14 | fidec      |     |    |
| 15 | gclk       |     |    |
| 16 | yclkmix    |     |    |
| 17 | r13buf     |     |    |
| 18 | rbuf       |     |    |
| 19 | bnkcon     |     |    |
| 20 | yclkclk    |     |    |
| 21 | lwrite     |     |    |
| 22 | pretimer   |     |    |
| 23 | bab_s80    |     |    |
| 24 | lread      |     |    |
| 25 | rcbuf      |     |    |

**If you answered "No" for the information in <u>all</u> of the schematics, proceed to section I.K. If you answered "Yes" for the information in <u>any</u> of the schematics, then answer the next question.**

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

United States District Court
Northern District of California

10. Do you find by a preponderance of the evidence that ISSI's misappropriation was a substantial factor in causing GSI to suffer harm?

| Yes | No |
|-----|----|
|     |    |

**If you answered "Yes," proceed to the next question. If you answered "No," then proceed to Section I.K.**

## G. ISSI's Affirmative Defense: Unclean Hands

11. Did ISSI prove by a preponderance of the evidence that GSI committed misconduct that violated standards of good faith or conscience?

| Yes | No |
|-----|----|
|     |    |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section I.H.**

12. Did ISSI prove by a preponderance of the evidence that GSI's misconduct was directly related to its claim of misappropriation of trade secrets?

| Yes | No |
|-----|----|
|     |    |

**If you answered "Yes," proceed to Section I.K. If you answered "No," proceed to the next question.**

## H. ISSI's Affirmative Defense: Ready Ascertainability

13. Did ISSI prove by a preponderance of the evidence that GSI's alleged trade secrets were readily ascertainable by proper means at the time of the alleged acquisition, use, or disclosure?

| Yes | No |
|-----|----|
|     |    |

**If you answered "Yes," proceed to Section I.K. If you answered "No," proceed to the next question.**

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

United States District Court
Northern District of California

**I.   ISSI's Affirmative Defense: Estoppel**

14. Do you find by a preponderance of the evidence that GSI had knowledge of the facts upon which it bases its misappropriation of trade secrets claim against ISSI, but failed to communicate them to ISSI in a timely way?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section I.J.**

15. Do you find by a preponderance of the evidence that GSI intended that its failure to communicate with ISSI in a timely way would influence ISSI?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section I.J.**

16. Do you find by a preponderance of the evidence that ISSI was ignorant of the true state of facts?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section I.J.**

17. Do you find by a preponderance of the evidence that ISSI relied upon GSI's conduct to ISSI's injury?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then proceed to Section I.K. If you answered "No," then proceed to the next question.**

United States District Court
Northern District of California

**J.  ISSI's Affirmative Defense: Mitigation**

18. **Do you find by a preponderance of the evidence that GSI could have avoided its losses through reasonable efforts or expenditures?**

| Yes | No |
|-----|-----|
|     |    |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section I.K.**

19. Do you find by a preponderance of the evidence that GSI failed to make such reasonable efforts or expenditures?

| Yes | No |
|-----|-----|
|     |    |

**Proceed to the next question.**

**K.  Misappropriation of Trade Secrets: Damages**

20. What was the amount of GSI's actual loss?

_____

**Proceed to the next question.**

21. Was UMI unjustly enriched by the misappropriation of GSI's trade secrets?

| Yes | No |
|-----|-----|
|     |    |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to question 23.**

22. What was the amount of UMI's unjust enrichment?

_____

**Proceed to the next question.**

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

23. Was ISSI unjustly enriched by the misappropriation of GSI's trade secrets?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to question 25.**

24. What was the amount of ISSI's unjust enrichment?

_____

**Proceed to the next question.**

25. Is GSI entitled to a reasonable royalty because of UMI and/or ISSI's misappropriation?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

26. Did UMI act willfully and maliciously when it misappropriated GSI's trade secrets?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

27. Did ISSI act willfully and maliciously when it misappropriated GSI's trade secrets?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

**L.  Contention of Bad Faith Assertion of a Trade Secret Claim**

**Answer this question if you answered "No" for every schematic in question 1, or if you answered "No" for every schematic in question 2, or if you answered "No" for every schematic in question 9, or if you answered "No" to question 10, or if you answered "Yes" to questions 11 and 12, or if you answered "Yes" to question 13, or if you answered "Yes" to questions 14, 15, 16, and 17, or if you answered "Yes" to questions 18 and 19.**

28. Did GSI initiate and/or maintain its claim of trade secret misappropriation against ISSI in bad faith?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

United States District Court
Northern District of California

## II.     Intentional Interference with Prospective Economic Relations Claim

### A. GSI's Intentional Interference with Prospective Economic Relations Claim: Preliminary Question

29. Did GSI and Cisco have an economic relationship that probably would have resulted in an economic benefit to GSI?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section III.**

### B. GSI's Intentional Interference with Prospective Economic Relations Claim Against UMI

30. Did UMI know of the economic relationship between GSI and Cisco?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section II.D.**

31. Did UMI engage in unfair competition?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section II.D.**

32. By engaging in this conduct, did UMI intend to disrupt GSI's relationship with Cisco or know that disruption of the relationship was certain or substantially certain to occur?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section II.D.**

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

United States District Court
Northern District of California

33. Was the relationship disrupted?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section II.D.**

34. Was UMI's conduct a substantial factor in causing harm to GSI?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section II.D.**

## C. UMI's Affirmative Defense: Unclean Hands

35. Did UMI prove by a preponderance of the evidence that GSI committed misconduct that violated standards of good faith or conscience?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section II.D.**

36. Did UMI prove by a preponderance of the evidence that GSI's misconduct was directly related to its claim of intentional interference with prospective economic relations?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

## D. GSI's Intentional Interference with Prospective Economic Relations Against ISSI

37. Did ISSI know of the economic relationship between GSI and Cisco?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section II.H, and do not answer question 52.**

16

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

United States District Court
Northern District of California

38. Did ISSI engage in unfair competition?

| Yes | No |
| --- | --- |
|     |    |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section II.H, and do not answer question 52.**

39. By engaging in this conduct, did ISSI intend to disrupt GSI's relationship with Cisco or know that disruption of the relationship was certain or substantially certain to occur?

| Yes | No |
| --- | --- |
|     |    |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section II.H, and do not answer question 52.**

40. Was the relationship disrupted?

| Yes | No |
| --- | --- |
|     |    |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section II.H, and do not answer question 52.**

41. Was ISSI's conduct a substantial factor in causing harm to GSI?

| Yes | No |
| --- | --- |
|     |    |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section II.H, and do not answer question 52.**

**E.  ISSI Affirmative Defense: Unclean Hands**

42. Did ISSI prove by a preponderance of the evidence that GSI committed misconduct that violated standards of good faith or conscience?

| Yes | No |
| --- | --- |
|     |    |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section II.F.**

United States District Court
Northern District of California

43. Did ISSI prove by a preponderance of the evidence that GSI's misconduct was directly related to its claim of intentional interference with prospective economic relations?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to Section II.H, and do not answer question 52. If you answered "No," proceed to the next question.**

**F. ISSI's Affirmative Defense: Estoppel**

44. Do you find by a preponderance of the evidence that GSI had knowledge of the facts upon which it bases its claim of intentional interference with prospective economic relations against ISSI, but failed to communicate them to ISSI in a timely way?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section II.G**

45. Do you find by a preponderance of the evidence that GSI intended that its failure to communicate with ISSI in a timely way would influence ISSI?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section II.G**

46. Do you find by a preponderance of the evidence that ISSI was ignorant of the true state of facts?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section II.G.**

47. Do you find by a preponderance of the evidence that ISSI relied upon GSI's conduct to ISSI's injury?

| Yes | No |
|-----|-----|
|     |     |

United States District Court
Northern District of California

**If you answered "Yes," proceed to Section II.H, and do not answer question 52. If you answered "No," proceed to the next question.**

**G. ISSI's Affirmative Defense: Mitigation**

48. Do you find by a preponderance of the evidence that GSI could have avoided its losses through reasonable efforts or expenditures?

| Yes | No |
|-----|-----|
|     |    |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section II.H.**

49. Do you find by a preponderance of the evidence that GSI failed to make such reasonable efforts or expenditures?

| Yes | No |
|-----|-----|
|     |    |

**If you answered "Yes," proceed to Section II.H, and do not answer question 52. If you answered "No," proceed to Section II.H and answer all questions in Section II.H.**

**H. Damages**

50. What are GSI's damages?

    A. Past economic loss

                                    Lost Profits          $_____

    b. Future economic loss

                                      Lost Profits          $_____

                                        TOTAL        $_____

**Proceed to the next question.**

51. **Answer this question if you answered "Yes" to questions 30, 31, 32, 33, and 34, <u>and</u> you answered "No" to question 35 and/or question 36:** Did UMI engage in the conduct with malice, oppression, or fraud?

| Yes | No |
|-----|-----|
|     |    |

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

**Proceed to the next question.**

52. Did ISSI engage in the conduct with malice, oppression, or fraud?

| Yes | No |
|-----|-----|
|     |     |

**If your answer to question 51 and/or 52 is "Yes," proceed to the next question. If you answered "No" to <u>both</u> questions 51 and 52, proceed to Section III.**

53. What amount of punitive damages, if any, do you award GSI?

_____.

**Proceed to the next question.**

United States District Court
Northern District of California

## III.     Breach of Contract

## A.  GSI's Breach of Contract Claim Against UMI

54. Did GSI and United Memories enter into a contract?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section IV.**

55. Did UMI fail to comply with its obligations under the contract?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section IV.**

56. Did UMI's failure to comply with the terms of the contract cause GSI damage?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section IV.**

## B.  UMI's Affirmative Defense: Unclean Hands

57. Did UMI prove by a preponderance of the evidence that GSI committed misconduct that violated standards of good faith or conscience?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section III.C.**

58. Did UMI prove by a preponderance of the evidence that GSI's misconduct was directly related to its claim of breach of contract?

| Yes | No |
|-----|-----|
|     |     |

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

United States District Court
Northern District of California

**If you answered "Yes," proceed to Section IV. If you answered "No," proceed to the next question.**

**C. UMI's Affirmative Defense: Fraudulent Inducement**

59. Did UMI prove that GSI concealed or made a false representation about a past or present fact?

| Yes | No |
|---|---|
|   |   |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section III.D.**

60. Did UMI prove that the fact was material?

| Yes | No |
|---|---|
|   |   |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section III.D.**

61. Did UMI prove that it reasonably relied on the representation?

| Yes | No |
|---|---|
|   |   |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section III.D.**

62. Did UMI prove that its reasonable reliance caused UMI harm?

| Yes | No |
|---|---|
|   |   |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section III.D.**

63. Did UMI prove that it returned or offered to return to GSI all schematics and property GSI paid for under the contract, or the money GSI paid to UMI under the contract?

| Yes | No |
|---|---|
|   |   |

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**If you answered "Yes," proceed to Section IV. If you answered "No," proceed to the next question.**

**D. UMI's Affirmative Defense: Waiver**

64. Did UMI prove that GSI knew that UMI had not performed its contractual promise?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section III.E.**

65. Did UMI prove that GSI knew that failure of UMI to perform these contractual promises gave GSI the right to sue UMI for damages?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section III.E.**

66. Did UMI prove that GSI intended to give up this right?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section III.E.**

67. Did UMI prove that GSI voluntarily gave up this right?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to Section IV. If you answered "No," proceed to the next question.**

**E. UMI's Affirmative Defense: Statute of Limitations**

68. Did UMI prove that it breached the contract before March 8, 2009?

| Yes | No |
|-----|-----|
|     |     |

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section III.F.**

69. Did UMI prove that GSI knew or should have known, with the exercise of reasonable diligence, of the existence of the breach before March 8, 2009?

| Yes | No |
|-----|-----|
|     |     |

**If you answered this question "Yes," then proceed to Section IV. If you answered this question "No," then proceed to the next question.**

**F.  UMI's Affirmative Defense: Mitigation**

70. Do you find by a preponderance of the evidence that GSI could have avoided its losses through reasonable efforts or expenditures?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section III.G.**

71. Do you find by a preponderance of the evidence that GSI failed to make such reasonable efforts or expenditures?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to Section IV. If you answered "No," proceed to the next question.**

**G.  Damages**

72. What are GSI's damages?

    a. General damages          $_____

    b. Special damages          $ _____

                                TOTAL          $_____

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

## IV.   Fraud

## A.  GSI's Claim of Fraud against UMI

73. Did UMI make a false representation to GSI?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section V.**

74. Did UMI know that the representation was false, or did it make the representation recklessly and without regard for its truth?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section V.**

75. Did UMI intend that GSI rely on the representation?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section V.**

76. Did GSI reasonably rely on the representation?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section V.**

77. Was GSI's reliance on UMI's representation a substantial factor in causing harm to GSI?

| Yes | No |
|-----|-----|
|     |     |

United States District Court
Northern District of California

25

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section V.**

## B. UMI's Affirmative Defense: Unclean Hands

78. Did UMI prove by a preponderance of the evidence that GSI committed misconduct that violated standards of good faith or conscience?

| Yes | No |
| --- | --- |
|     |    |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section IV.C.**

79. Did UMI prove by a preponderance of the evidence that GSI's misconduct was directly related to its claim of fraud?

| Yes | No |
| --- | --- |
|     |    |

**If you answered "Yes," proceed to Section V. If you answered "No," proceed to Section IV.C.**

## C. UMI's Affirmative Defense: Waiver

80. Did UMI prove that GSI knew that UMI's work on Atris would not be for the benefit of GSI unless the parties entered into a separate contract for that work?

| Yes | No |
| --- | --- |
|     |    |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section IV.D.**

81. Did UMI prove that GSI continued to permit United Memories to work on an Atris design during the course of its 2008 contract for a 576 Mb RLDRAM design, with full knowledge of that UMI's work on Atris would not be for the benefit of GSI without a separate contract for that work, when a reasonable person under the same or similar circumstances would not have done so?

| Yes | No |
| --- | --- |
|     |    |

26

United States District Court
Northern District of California

**If you answered "Yes," proceed to Section V. If you answered "No," proceed to the next question.**

**D. UMI's Affirmative Defense: Statute of Limitations**

82. Did UMI prove by a preponderance of the evidence that the false representation occurred on or before March 8, 2010?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to Section V. If you answered "No," proceed to the next question.**

**E. Damages**

83. What are GSI's damages?

    a. Past economic loss

        lost profits                         $ _____

        other past economic loss      $ _____

                Total Past Economic Damages:    $_____

    b. Future economic loss

        lost profits                         $ _____

                            TOTAL    $_____

**Proceed to the next question.**

84. Did UMI engage in the conduct with malice, oppression, or fraud?

       Yes _____         No _____

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section V.**

85. What amount of punitive damages, if any, do you award GSI?

    _____.

**Proceed to the next question.**

United States District Court
Northern District of California

**V.      False Promise**

**A.  GSI's Claim of False Promise Against UMI**

86. Did UMI make a promise to GSI?

| Yes | No |
| --- | --- |
|     |    |

**If you answered "Yes," then answer the next question. If you answered "No," then stop here, answer no further questions, and have the presiding juror sign and date this form.**

87. Did UMI intend to perform this promise when UMI made it?

| Yes | No |
| --- | --- |
|     |    |

**If you answered "Yes," then stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered "No," then answer the next question.**

88. Did UMI intend that GSI rely on this promise?

| Yes | No |
| --- | --- |
|     |    |

**If you answered "Yes," then answer the next question. If you answered "No," then stop here, answer no further questions, and have the presiding juror sign and date this form.**

89. Did GSI reasonably rely on this promise?

| Yes | No |
| --- | --- |
|     |    |

**If you answered "Yes," then answer the next question. If you answered "No," then stop here, answer no further questions, and have the presiding juror sign and date this form.**

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

90. Did UMI perform the promised act?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then stop here, answer no further questions, and have the presiding juror sign and date this form.**

91. Was GSI's reliance on UMI's promise a substantial factor in causing harm to GSI?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then stop here, answer no further questions, and have the presiding juror sign and date this form.**

**B.  UMI's Affirmative Defense: Unclean Hands**

92. Did UMI prove by a preponderance of the evidence that GSI committed misconduct that violated standards of good faith or conscience?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section V.C**

93. Did UMI prove by a preponderance of the evidence that GSI's misconduct was directly related to its claim of false promise?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered "No," then proceed to the next question.**

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

United States District Court
Northern District of California

**C.  Damages**

94. What are GSI's damages?

    a.  Past economic loss

        Lost profits                          $ _____

        Other past economic loss        $ _____

                   Total Past Economic Damages:     $_____

    b.  Future economic loss

        Lost profits                          $ _____

                              TOTAL    $_____

**Proceed to the next question.**

95. Did UMI engage in the conduct with malice, oppression, or fraud?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to the next question. If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.**

96. What amount of punitive damages, if any, do you award GSI?

        _____.

**Have the presiding juror sign and date this form.**

Signed:

  _____

          **Presiding Juror**

Dated: _____

Case No. 5:13-cv-01081-PSG
[PROPOSED] JURY VERDICT FORM

After all verdict forms have been signed, notify the courtroom deputy that you are ready to present your verdict in the courtroom.

**SO ORDERED.**

Dated: November 19, 2015

PAUL S. GREWAL
United States Magistrate Judge

United States District Court
Northern District of California

31