UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GSI TECHNOLOGY, INC., | ) | Case No. 5:13-cv-01081-PSG |
| Plaintiff, | )<br>)<br>) | **AMENDED FINAL JURY INSTRUCTIONS NOS. 26.1, 26.2** |
| v. | ) | |
| UNITED MEMORIES, INC., et al., | )<br>) | |
| Defendants. | )<br>) | |

**26.1 REMEDIES FOR MISAPPROPRIATION OF TRADE SECRET**

If GSI proves that UMI misappropriated a GSI trade secret, then GSI is entitled to recover damages if the misappropriation caused GSI to suffer an actual loss.

## 26.2 MISAPPROPRIATION – ACTUAL LOSS

Actual loss means any loss to GSI caused by any misappropriation, excluding any GSI lost profits or unjust enrichment.

**SO ORDERED.**

Dated: November 25, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge