UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GSI TECHNOLOGY, INC.,

        Plaintiff(s),

    v.

UNITED MEMORIES, INC., et al.,

        Defendant(s).

No.  CV13-01081 PSG

VERDICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GSI TECHNOLOGY, INC.,

    Plaintiff,

    v.

UNITED MEMORIES, INC., et al.,

    Defendants.

Case No. <u>5:13-cv-01081-PSG</u>

**JURY VERDICT FORM**

United States District Court
Northern District of California

Table of Contents

I. Trade Secret Claims ........................................................................................................ 4
   A.   GSI's Misappropriation of Trade Secrets Claims: Preliminary Questions ........................ 4
   B.   GSI's Misappropriation of Trade Secrets Claims Against UMI ........................................ 6
   C.   UMI's Affirmative Defense: Unclean Hands ................................................................... 7
   D.   UMI's Affirmative Defense: Ready Ascertainability ...................................................... 7
   E.   UMI's Affirmative Defense: Estoppel ........................................................................... 8
   F.   UMI's Affirmative Defense: Statute of Limitations ...................................................... 8
   G.   GSI's Misappropriation of Trade Secrets Claims Against ISSI ..................................... 10
   H.   ISSI's Affirmative Defense: Unclean Hands ................................................................ 11
   I.   ISSI's Affirmative Defense: Ready Ascertainability ..................................................... 11
   J.   ISSI's Affirmative Defense: Estoppel ......................................................................... 12
   K.   ISSI's Affirmative Defense: Mitigation ....................................................................... 12
   L.   Misappropriation of Trade Secrets: Damages ............................................................. 13
   M.   Contention of Bad Faith Assertion of a Trade Secret Claim ......................................... 14

II. Intentional Interference with Prospective Economic Relations Claim ................................... 15
   A.   GSI's Intentional Interference with Prospective Economic Relations Claim: Preliminary Question ................................................................................................... 15
   B.   GSI's Intentional Interference with Prospective Economic Relations Claim Against UMI ............................................................................................................... 15
   C.   UMI's Affirmative Defense: Unclean Hands ................................................................ 16
   D.   UMI's Affirmative Defense: Estoppel ......................................................................... 17
   E.   Damages as to UMI ................................................................................................... 18
   F.   GSI's Intentional Interference with Prospective Economic Relations Against ISSI ....... 18
   G.   ISSI Affirmative Defense: Unclean Hands .................................................................. 19
   H.   ISSI's Affirmative Defense: Estoppel ......................................................................... 20
   I.   ISSI's Affirmative Defense: Mitigation ....................................................................... 21
   J.   Damages as to ISSI ................................................................................................... 21

III. Breach of Contract ....................................................................................................... 23
   A.   GSI's Breach of Contract Claim Against UMI .............................................................. 23
   B.   UMI's Affirmative Defense: Unclean Hands ................................................................ 23
   C.   UMI's Affirmative Defense: Estoppel ......................................................................... 24
   D.   UMI's Affirmative Defense: Waiver ........................................................................... 25
   E.   UMI's Affirmative Defense: Statute of Limitations ...................................................... 25

F.     UMI's Affirmative Defense: Mitigation ............................................................ 26

G.     Damages .............................................................................................................. 26

IV.  Fraud ......................................................................................................................... 27

A.     GSI's Claim of Fraud against UMI ..................................................................... 27

B.     UMI's Affirmative Defense: Unclean Hands ...................................................... 28

C.     UMI's Affirmative Defense: Estoppel ................................................................ 28

D.     UMI's Affirmative Defense: Waiver ................................................................... 29

E.     UMI's Affirmative Defense: Statute of Limitations ........................................... 29

F.     Damages .............................................................................................................. 30

V.  False Promise ............................................................................................................. 31

A.     GSI's Claim of False Promise Against UMI ....................................................... 31

B.     UMI's Affirmative Defense: Unclean Hands ...................................................... 32

C.     UMI's Affirmative Defense: Estoppel ................................................................ 33

D.     Damages .............................................................................................................. 34

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

# I.   Trade Secret Claims

## A. GSI's Misappropriation of Trade Secrets Claims: Preliminary Questions

1. Do you find by a preponderance of the evidence that GSI owned the information in any of the following 25 circuit schematics?

| | | Yes | No |
|---|---|---|---|
| 1 | chcon | ✓ | |
| 2 | rclk | ✓ | |
| 3 | rclk_match | ✓ | |
| 4 | dmmatch | ✓ | |
| 5 | wclk | | ✓ |
| 6 | rcbufwrc | | ✓ |
| 7 | wbkcom | | ✓ |
| 8 | qcalblk | | ✓ |
| 9 | qcal | | ✓ |
| 10 | qcaladj | | ✓ |
| 11 | qcals | | ✓ |
| 12 | pcalreg | | ✓ |
| 13 | ncalreg | | ✓ |
| 14 | fidec | | ✓ |
| 15 | gclk | | ✓ |
| 16 | yclkmix | | ✓ |
| 17 | r13buf | | ✓ |
| 18 | rbuf | | ✓ |
| 19 | bnkcon | | ✓ |
| 20 | yclkclk | | ✓ |
| 21 | lwrite | | ✓ |
| 22 | pretimer | | ✓ |
| 23 | bab_s80 | | ✓ |
| 24 | lread | | ✓ |
| 25 | rcbuf | | ✓ |

If you answered "No" for the information in **all** of the schematics, proceed to section I.M. If you answered "Yes" for the information in **any** of the schematics, then answer the next question.

United States District Court
Northern District of California

2. Do you find by a preponderance of the evidence that the information in any of the following 25 circuit schematics was a trade secret at the time of the claimed misappropriation?

| | | Yes | No |
|----|-----------|-----|-----|
| 1 | chcon | ✓ | |
| 2 | rclk | ✓ | |
| 3 | rclk_match | ✓ | |
| 4 | dmmatch | ✓ | |
| 5 | wclk | | ✓ |
| 6 | rcbufwrc | | ✓ |
| 7 | wbkcom | | ✓ |
| 8 | qcalblk | | ✓ |
| 9 | qcal | | ✓ |
| 10 | qcaladj | | ✓ |
| 11 | qcals | | ✓ |
| 12 | pcalreg | | ✓ |
| 13 | ncalreg | | ✓ |
| 14 | fidec | | ✓ |
| 15 | gclk | | ✓ |
| 16 | yclkmix | | ✓ |
| 17 | r13buf | | ✓ |
| 18 | rbuf | | ✓ |
| 19 | bnkcon | | ✓ |
| 20 | yclkclk | | ✓ |
| 21 | lwrite | | ✓ |
| 22 | pretimer | | ✓ |
| 23 | bab_s80 | | ✓ |
| 24 | lread | | ✓ |
| 25 | rcbuf | | ✓ |

**If you answered "No" for the information in all of the schematics, proceed to section I.M. If you answered "Yes" for the information in any of the schematics, then answer the next question.**

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

**B. GSI's Misappropriation of Trade Secrets Claims Against UMI**

3. Do you find by a preponderance of the evidence that UMI improperly used or disclosed the trade secret information in any of the following 25 circuit schematics?

|    |           | Yes | No |
|----|-----------|-----|-----|
| 1  | chcon     | ✓   |     |
| 2  | rclk      | ✓   |     |
| 3  | rclk_match| ✓   |     |
| 4  | dmmatch   | ✓   |     |
| 5  | wclk      |     | ✓  |
| 6  | rcbufwrc  |     | ✓  |
| 7  | wbkcom    |     | ✓  |
| 8  | qcalblk   |     | ✓  |
| 9  | qcal      |     | ✓  |
| 10 | qcaladj   |     | ✓  |
| 11 | qcals     |     | ✓  |
| 12 | pcalreg   |     | ✓  |
| 13 | ncalreg   |     | ✓  |
| 14 | fidec     |     | ✓  |
| 15 | gclk      |     | ✓  |
| 16 | yclkmix   |     | ✓  |
| 17 | r13buf    |     | ✓  |
| 18 | rbuf      |     | ✓  |
| 19 | bnkcon    |     | ✓  |
| 20 | yclkclk   |     | ✓  |
| 21 | lwrite    |     | ✓  |
| 22 | pretimer  |     | ✓  |
| 23 | bab_s80   |     | ✓  |
| 24 | lread     |     | ✓  |
| 25 | rcbuf     |     | ✓  |

**If you answered "No" for the information in <u>all</u> of the schematics, proceed to section I.M. If you answered "Yes" for the information in <u>any</u> of the schematics, then answer the next question.**

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

4. Do you find by a preponderance of the evidence that UMI's misappropriation was a substantial factor in causing GSI to suffer harm?

| Yes | No |
|-----|-----|
| ✓ | |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section I.M.**

## C. UMI's Affirmative Defense: Unclean Hands

5. Did UMI prove by a preponderance of the evidence that GSI committed misconduct that was unconscionable?

| Yes | No |
|-----|-----|
| | ✓ |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section I.D.**

6. Did UMI prove by a preponderance of the evidence that GSI's misconduct was directly related to its claim of misappropriation of trade secrets against UMI and resulted in prejudice to UMI?

| Yes | No |
|-----|-----|
| | |

**Proceed to the next question.**

## D. UMI's Affirmative Defense: Ready Ascertainability

7. Did UMI prove by a preponderance of the evidence that GSI's alleged trade secrets were readily ascertainable by proper means at the time of the alleged acquisition, use, or disclosure?

| Yes | No |
|-----|-----|
| | ✓ |

**Proceed to the next question.**

### E. UMI's Affirmative Defense: Estoppel

8. Do you find by a preponderance of the evidence that GSI made a representation of fact relating to its misappropriation of trade secrets claim intending that UMI rely on it, or remained silent where GSI had a duty to speak and the circumstances required it to speak?

| Yes | No |
|-----|-----|
|     | ✓  |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section I.F.**

9. Do you find by a preponderance of the evidence that GSI knew the true state of the facts?

| Yes | No |
|-----|-----|
|     | ✗  |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section I.F.**

10. Do you find by a preponderance of the evidence that UMI was ignorant of the true state of the facts?

| Yes | No |
|-----|-----|
|     |    |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section I.F.**

11. Do you find by a preponderance of the evidence that UMI reasonably relied upon GSI's conduct to UMI's injury?

| Yes | No |
|-----|-----|
|     |    |

**Proceed to the next question.**

### F. UMI's Affirmative Defense: Statute of Limitations

12. Did UMI prove by a preponderance of the evidence that the misappropriation occurred on or before March 8, 2010?

| Yes | No |
|-----|-----|
|     | ✓  |

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section I.G.**

13. Did UMI prove that GSI knew or should have known, with the exercise of reasonable diligence, of the existence of the misappropriation on or before March 8, 2010?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

## G. GSI's Misappropriation of Trade Secrets Claims Against ISSI

14. Do you find by a preponderance of the evidence that ISSI improperly acquired or used the trade secret information in any of the following 25 circuit schematics?

|    |           | Yes | No |
|----|-----------|-----|-----|
| 1  | chcon     |     | ✓ |
| 2  | rclk      |     | ✓ |
| 3  | rclk_match |    | ✓ |
| 4  | dmmatch   |     | ✓ |
| 5  | wclk      |     | ✓ |
| 6  | rcbufwrc  |     | ✓ |
| 7  | wbkcom    |     | ✓ |
| 8  | qcalblk   |     | ✓ |
| 9  | qcal      |     | ✓ |
| 10 | qcaladj   |     | ✓ |
| 11 | qcals     |     | ✓ |
| 12 | pcalreg   |     | ✓ |
| 13 | ncalreg   |     | ✓ |
| 14 | fidec     |     | ✓ |
| 15 | gclk      |     | ✓ |
| 16 | yclkmix   |     | ✓ |
| 17 | r13buf    |     | ✓ |
| 18 | rbuf      |     | ✓ |
| 19 | bnkcon    |     | ✓ |
| 20 | yclkclk   |     | ✓ |
| 21 | lwrite    |     | ✓ |
| 22 | pretimer  |     | ✓ |
| 23 | bab_s80   |     | ✓ |
| 24 | lread     |     | ✓ |
| 25 | rcbuf     |     | ✓ |

**If you answered "No" for the information in <u>all</u> of the schematics, proceed to section I.L. If you answered "Yes" for the information in <u>any</u> of the schematics, then answer the next question.**

Case No. <u>5:13-cv-01081-PSG</u>
JURY VERDICT FORM

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

15. Do you find by a preponderance of the evidence that ISSI's misappropriation was a substantial factor in causing GSI to suffer harm?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to the next question. If you answered "No," then proceed to Section I.L.**

## H. ISSI's Affirmative Defense: Unclean Hands

16. Did ISSI prove by a preponderance of the evidence that GSI committed misconduct that was unconscionable?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section I.I.**

17. Did ISSI prove by a preponderance of the evidence that GSI's misconduct was directly related to its claim of misappropriation of trade secrets against ISSI and resulted in prejudice to ISSI?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

## I. ISSI's Affirmative Defense: Ready Ascertainability

18. Did ISSI prove by a preponderance of the evidence that GSI's alleged trade secrets were readily ascertainable by proper means at the time of the alleged acquisition, use, or disclosure?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

11

**J. ISSI's Affirmative Defense: Estoppel**

19. Do you find by a preponderance of the evidence that GSI made a representation of fact relating to its misappropriation of trade secrets claim intending that ISSI rely on it, or remained silent where GSI had a duty to speak and the circumstances required it to speak?

| Yes | No |
| --- | --- |
|  |  |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section I.K.**

20. Do you find by a preponderance of the evidence that GSI knew the true state of the facts?

| Yes | No |
| --- | --- |
|  |  |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section I.K.**

21. Do you find by a preponderance of the evidence that ISSI was ignorant of the true state of the facts?

| Yes | No |
| --- | --- |
|  |  |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section I.K.**

22. Do you find by a preponderance of the evidence that ISSI reasonably relied upon GSI's conduct to ISSI's injury?

| Yes | No |
| --- | --- |
|  |  |

**Proceed to the next question.**

**K. ISSI's Affirmative Defense: Mitigation**

23. Do you find by a preponderance of the evidence that GSI could have avoided its losses through reasonable efforts or expenditures?

| Yes | No |
| --- | --- |
|  |  |

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section I.L.**

24. Do you find by a preponderance of the evidence that GSI failed to make such reasonable efforts or expenditures?

| Yes | No |
|---|---|
|  |  |

**Proceed to the next question.**

**L. Misappropriation of Trade Secrets: Damages**

25. What was the amount of GSI's general damages?

$ _____0_____

**Proceed to the next question.**

26. Was ISSI unjustly enriched by the misappropriation of GSI's trade secrets?



| Yes | No |
|---|---|
|  | ✓ |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to question 28.**

27. What was the amount of ISSI's unjust enrichment?

$_____

**Proceed to the next question.**

28. Did UMI act willfully and maliciously when it misappropriated GSI's trade secrets?

| Yes | No |
|---|---|
|  | ✓ |

**Proceed to the next question.**

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

29. Did ISSI act willfully and maliciously when it misappropriated GSI's trade secrets?

| Yes | No |
|-----|-----|
|     | ✓  |

**Proceed to the next question.**

**M. Contention of Bad Faith Assertion of a Trade Secret Claim**

**Answer this question if you answered "No" for every schematic in question 1, or if you answered "No" for every schematic in question 2, or if you answered "No" for every schematic in question 3, or if you answered "No" to question 4, or if you answered "No" for every schematic in question 14, or if you answered "No" to question 15, or if you answered "Yes" to questions 16 and 17, or if you answered "Yes" to question 18, or if you answered "Yes" to questions 19, 20, 21, and 22, or if you answered "Yes" to questions 23 and 24.**

30. Did GSI initiate and/or maintain its claim of trade secret misappropriation against ISSI in bad faith?

| Yes | No |
|-----|-----|
|     | ✓  |

**Proceed to the next question.**

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

**II.    Intentional Interference with Prospective Economic Relations Claim**

**A.  GSI's Intentional Interference with Prospective Economic Relations Claim: Preliminary Question**

31. Did GSI and Cisco have an economic relationship that probably would have resulted in an economic benefit to GSI?

| Yes | No |
|-----|-----|
| ✓ | |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section III.**

**B.  GSI's Intentional Interference with Prospective Economic Relations Claim Against UMI**

32. Did UMI know of the economic relationship between GSI and Cisco?

| Yes | No |
|-----|-----|
| ✓ | |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section II.F.**

33. Did UMI engage in unfair competition?

| Yes | No |
|-----|-----|
| | ✓ |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section II.F.**

34. By engaging in this conduct, did UMI intend to disrupt GSI's relationship with Cisco or know that disruption of the relationship was certain or substantially certain to occur?

| Yes | No |
|-----|-----|
| | |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section II.F.**

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

United States District Court
Northern District of California

35. Was the relationship disrupted?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section II.F.**

36. Was UMI's conduct a substantial factor in causing harm to GSI?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section II.F.**

**C. UMI's Affirmative Defense: Unclean Hands**

37. Did UMI prove by a preponderance of the evidence that GSI committed misconduct that was unconscionable?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section II.D.**

38. Did UMI prove by a preponderance of the evidence that GSI's misconduct was directly related to its claim of intentional interference with prospective economic relations and resulted in prejudice to UMI?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

16

**D. UMI's Affirmative Defense: Estoppel**

39. Do you find by a preponderance of the evidence that GSI made a representation of fact relating to its intentional interference with prospective economic relations claim intending that UMI rely on it, or remained silent where GSI had a duty to speak and the circumstances required it to speak?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section II.E.**

40. Do you find by a preponderance of the evidence that GSI knew the true state of the facts?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section II.E.**

41. Do you find by a preponderance of the evidence that UMI was ignorant of the true state of the facts?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section II.E.**

42. Do you find by a preponderance of the evidence that UMI reasonably relied upon GSI's conduct to UMI's injury?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to Section II.F. If you answered "No," proceed to the next question.**

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

**E. Damages as to UMI**

43. Has GSI proven that the conduct in question 33 caused damage to GSI?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

44. If so, how much?

$_____

**Proceed to the next question.**

45. Did UMI act willfully and maliciously when it intentionally interfered with GSI's prospective economic relations?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section II.F.**

46. What amount of punitive damages, if any, do you award GSI?

$_____

**Proceed to the next question.**

**F. GSI's Intentional Interference with Prospective Economic Relations Against ISSI**

47. Did ISSI know of the economic relationship between GSI and Cisco?



| Yes | No |
|-----|-----|
|  ✓  |     |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section III.**

48. Did ISSI engage in unfair competition?

| Yes | No |
|-----|-----|
|     | ✓   |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section III.**

49. By engaging in this conduct, did ISSI intend to disrupt GSI's relationship with Cisco or know that disruption of the relationship was certain or substantially certain to occur?

| Yes | No |
|-----|-----|
|     |    |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section III.**

50. Was the relationship disrupted?

| Yes | No |
|-----|-----|
|     |    |

**If you answered "Yes," then proceed to the next question. If you answered "No," proceed to Section III.**

51. Was ISSI's conduct a substantial factor in causing harm to GSI?

| Yes | No |
|-----|-----|
|     |    |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section III.**

**G. ISSI Affirmative Defense: Unclean Hands**

52. Did ISSI prove by a preponderance of the evidence that GSI committed misconduct that was unconscionable?

| Yes | No |
|-----|-----|
|     |    |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section II.H.**

19

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

53. Did ISSI prove by a preponderance of the evidence that GSI's misconduct was directly related to its claim of intentional interference with prospective economic relations and resulted in prejudice to ISSI?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

## H. ISSI's Affirmative Defense: Estoppel

54. Do you find by a preponderance of the evidence that GSI made a representation of fact relating to its intentional interference with prospective economic relations claim intending that ISSI rely on it or remained silent where GSI had a duty to speak and the circumstances required it to speak?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section II.I.**

55. Do you find by a preponderance of the evidence that GSI knew the true state of the facts?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section II.I.**

56. Do you find by a preponderance of the evidence that ISSI was ignorant of the true state of the facts?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section II.I.**

20

57. Do you find by a preponderance of the evidence that ISSI reasonably relied upon GSI's conduct to ISSI's injury?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

## I. ISSI's Affirmative Defense: Mitigation

58. Do you find by a preponderance of the evidence that GSI could have avoided its losses through reasonable efforts or expenditures?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section II.J.**

59. Do you find by a preponderance of the evidence that GSI failed to make such reasonable efforts or expenditures?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to Section III. If you answered "No," proceed to the next question.**

## J. Damages as to ISSI

60. Has GSI proven that the conduct in question 48 caused damage to GSI?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

61. If so, how much?

$_____

**Proceed to the next question.**

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

62. Did ISSI act willfully and maliciously when it intentionally interfered with GSI's prospective economic relations?

| Yes | No |
| --- | --- |
|  |  |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section III.**

63. What amount of punitive damages, if any, do you award GSI?

$_____

**Proceed to the next question.**

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

III.    **Breach of Contract**

A. **GSI's Breach of Contract Claim Against UMI**

64. Did GSI and United Memories enter into a contract?

| Yes | No |
|-----|-----|
| ✓ | |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section IV.**

65. Did UMI fail to comply with its obligations under the contract?

| Yes | No |
|-----|-----|
| ✓ | |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section IV.**

66. Did UMI's failure to comply with the terms of the contract cause GSI damage?

| Yes | No |
|-----|-----|
| ✓ | |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section IV.**

B. **UMI's Affirmative Defense: Unclean Hands**

67. Did UMI prove by a preponderance of the evidence that GSI committed misconduct that was unconscionable?



| Yes | No |
|-----|-----|
| | ✓ |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section III.C.**

23

68. Did UMI prove by a preponderance of the evidence that GSI's misconduct was directly related to its claim of breach of contract and resulted in prejudice to UMI?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

## C. UMI's Affirmative Defense: Estoppel

69. Do you find by a preponderance of the evidence that GSI made a representation of fact relating to its breach of contract claim intending that UMI rely on it, or remained silent where GSI had a duty to speak and the circumstances required it to speak?

| Yes | No |
|-----|-----|
|     | ✓   |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section III.D.**

70. Do you find by a preponderance of the evidence that GSI knew the true state of the facts?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section III.D.**

71. Do you find by a preponderance of the evidence that UMI was ignorant of the true state of the facts?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section III.D.**

72. Do you find by a preponderance of the evidence that UMI reasonably relied upon GSI's conduct to UMI's injury?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

24

**D. UMI's Affirmative Defense: Waiver**

73. Did UMI prove that GSI knew that UMI had not performed its contractual promise?

| Yes | No |
|-----|-----|
|     | ✓  |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section III.E.**

74. Did UMI prove that GSI knew that failure of UMI to perform these contractual promises gave GSI the right to sue UMI for damages?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section III.E.**

75. Did UMI prove that GSI intended to give up this right?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section III.E.**

76. Did UMI prove that GSI voluntarily gave up this right?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

**E. UMI's Affirmative Defense: Statute of Limitations**

77. Did UMI prove that it breached the contract before March 8, 2010?

| Yes | No |
|-----|-----|
|     | ✓  |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section III.F.**

25

78. Did UMI prove that GSI knew or should have known, with the exercise of reasonable diligence, of the existence of the breach before March 8, 2010?

| Yes | No |
|-----|-----|
|     |    |

**Proceed to the next question.**

**F. UMI's Affirmative Defense: Mitigation**

79. Do you find by a preponderance of the evidence that GSI could have avoided its losses through reasonable efforts or expenditures?

| Yes | No |
|-----|-----|
|     | ✓  |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section III.G.**

80. Do you find by a preponderance of the evidence that GSI failed to make such reasonable efforts or expenditures?

| Yes | No |
|-----|-----|
|     |    |

**If you answered "Yes," proceed to Section IV. If you answered "No," proceed to the next question.**

**G. Damages**

81. What are GSI's damages?

    a. General damages      $ _532.4K_

    b. Special damages      $ _421.0K_

    TOTAL      $ _953.4K_

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

## IV. Fraud

### A. GSI's Claim of Fraud against UMI

82. Did UMI make a false representation to GSI?

| Yes | No |
|-----|-----|
|     | ✓  |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section V.**

83. Did UMI know that the representation was false, or did it make the representation recklessly and without regard for its truth?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section V.**

84. Did UMI intend that GSI rely on the representation?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section V.**

85. Did GSI reasonably rely on the representation?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section V.**

86. Was GSI's reliance on UMI's representation a substantial factor in causing harm to GSI?

| Yes | No |
|-----|-----|
|     |     |

27

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section V.**

**B. UMI's Affirmative Defense: Unclean Hands**

87. Did UMI prove by a preponderance of the evidence that GSI committed misconduct that was unconscionable?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section IV.C.**

88. Did UMI prove by a preponderance of the evidence that GSI's misconduct was directly related to its claim of fraud and resulted in prejudice to UMI?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

**C. UMI's Affirmative Defense: Estoppel**

89. Do you find by a preponderance of the evidence that GSI made a representation of fact relating to its fraud claim intending that UMI rely on it, or remained silent where GSI had a duty to speak and the circumstances required it to speak?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section IV.D.**

90. Do you find by a preponderance of the evidence that GSI knew the true state of the facts?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section IV.D.**

91. Do you find by a preponderance of the evidence that UMI was ignorant of the true state of the facts?

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section IV.D.**

92. Do you find by a preponderance of the evidence that UMI reasonably relied upon GSI's conduct to UMI's injury?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

## D. UMI's Affirmative Defense: Waiver

93. Did UMI prove that GSI knew that UMI's work on Atris would not be for the benefit of GSI unless the parties entered into a separate contract for that work?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section IV.E.**

94. Did UMI prove that GSI continued to permit United Memories to work on an Atris design during the course of its 2008 contract for a 576 Mb RLDRAM design, with full knowledge of that UMI's work on Atris would not be for the benefit of GSI without a separate contract for that work, when a reasonable person under the same or similar circumstances would not have done so?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

## E. UMI's Affirmative Defense: Statute of Limitations

95. Did UMI prove by a preponderance of the evidence that UMI made a false representation that occurred on or before March 8, 2010?

| Yes | No |
|-----|-----|
|     |     |

29

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section IV.F.**

96. Did UMI prove that GSI knew or should have known, with the exercise of reasonable diligence, of UMI's false representation on or before March 8, 2010?

| Yes | No |
|-----|-----|
|     |     |

**Proceed to the next question.**

F. **Damages**

97. What are GSI's damages?

    a. Past economic loss

        lost profits                $ _____

        other past economic loss    $ _____

                 Total Past Economic Damages:    $ _____

    b. Future economic loss

        lost profits                $ _____

                         TOTAL   $ _____

**Proceed to the next question.**

98. Did UMI act willfully and maliciously when it made the false representation?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to the next question. If you answered "No," proceed to Section V.**

99. What amount of punitive damages, if any, do you award GSI?

$ _____

**Proceed to the next question.**

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

**V. False Promise**

**A. GSI's Claim of False Promise Against UMI**

    100.    Did UMI make a promise to GSI?

| Yes | No |
|-----|----|
| ✓ | |

**If you answered "Yes," then answer the next question. If you answered "No," then stop here, answer no further questions, and have the presiding juror sign and date this form.**

    101.    Did UMI intend to perform this promise when UMI made it?

| Yes | No |
|-----|----|
| ✓ | |

**If you answered "Yes," then stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered "No," then answer the next question.**

    102.    Did UMI intend that GSI rely on this promise?

| Yes | No |
|-----|----|
| | |

**If you answered "Yes," then answer the next question. If you answered "No," then stop here, answer no further questions, and have the presiding juror sign and date this form.**

    103.    Did GSI reasonably rely on this promise?

| Yes | No |
|-----|----|
| | |

**If you answered "Yes," then answer the next question. If you answered "No," then stop here, answer no further questions, and have the presiding juror sign and date this form.**

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

104. Did UMI perform the promised act?

| Yes | No |
| --- | --- |
|  |  |

**If you answered "Yes," then stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered "No," then answer the next question.**

105. Was GSI's reliance on UMI's promise a substantial factor in causing harm to GSI?

| Yes | No |
| --- | --- |
|  |  |

**If you answered "Yes," then answer the next question. If you answered "No," then stop here, answer no further questions, and have the presiding juror sign and date this form.**

## B. UMI's Affirmative Defense: Unclean Hands

106. Did UMI prove by a preponderance of the evidence that GSI committed misconduct that was unconscionable?

| Yes | No |
| --- | --- |
|  |  |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section V.C**

107. Did UMI prove by a preponderance of the evidence that GSI's misconduct was directly related to its claim of false promise and resulted in prejudice to UMI?

| Yes | No |
| --- | --- |
|  |  |

**Proceed to the next question.**

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

## C. UMI's Affirmative Defense: Estoppel

108.    Do you find by a preponderance of the evidence that GSI made a representation of fact relating to its false promise claim intending that UMI rely on it, or remained silent where GSI had a duty to speak and the circumstances required it to speak?

| Yes | No |
| --- | --- |
|     |    |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section V.D.**

109.    Do you find by a preponderance of the evidence that GSI knew the true state of the facts?

| Yes | No |
| --- | --- |
|     |    |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section V.D.**

110.    Do you find by a preponderance of the evidence that UMI was ignorant of the true state of the facts?

| Yes | No |
| --- | --- |
|     |    |

**If you answered "Yes," then answer the next question. If you answered "No," then proceed to Section V.D.**

111.    Do you find by a preponderance of the evidence that UMI reasonably relied upon GSI's conduct to UMI's injury?

| Yes | No |
| --- | --- |
|     |    |

**If you answered "Yes," then stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered "No," proceed to the next question.**

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

**D. Damages**

112.    What are GSI's damages?

    a.  Past economic loss

        Lost profits                 $ _____

        Other past economic loss     $ _____

                Total Past Economic Damages:     $ _____

    b.  Future economic loss

        Lost profits                 $ _____

                                TOTAL   $ _____

**Proceed to the next question.**

113.    Did UMI act willfully and maliciously when it made the false promise?

| Yes | No |
|-----|-----|
|     |     |

**If you answered "Yes," proceed to the next question. If you answered "No," stop here, answer no further questions, and have the presiding juror sign and date this form.**

114.    What amount of punitive damages, if any, do you award GSI?

    $ _____

34

**Have the presiding juror sign and date this form.**

Signed: _Kirk Dillman_ (signature)
**Presiding Juror**

Dated: _11/25/13_

After all verdict forms have been signed, notify the courtroom deputy that you are ready to present your verdict in the courtroom.

**SO ORDERED.**

Dated: November 22, 2015

_Paul S. Grewal_ (signature)
PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:13-cv-01081-PSG
JURY VERDICT FORM

United States District Court
Northern District of California