IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GSI TECHNOLOGY, INC.,

    Plaintiff,

v.

UNITED MEMORIES, INC., et al.,

    Defendant.

No. CV13-01081 PSG

**JUDGMENT IN A CIVIL CASE**

**(X) Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( ) Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that pursuant to the jury verdict filed on November 25, 2015 (ECF No. 1055), judgment is entered.

Dated: November 25, 2015

Susan Y. Soong
Clerk, United States District Court

By: _____/s/_____
Oscar Rivera, Deputy Clerk to the
Honorable PAUL SINGH GREWAL