1   CONSTANCE F. RAMOS (Bar No. 203637)
cframos@winston.com
2   THOMAS J. KEARNEY (Bar No. 267087)
tkearney@winston.com
3   WINSTON & STRAWN LLP
101 California Street
4   San Francisco, CA 94111
Telephone:    (415) 591-1000
5   Facsimile:    (415) 591-1400

6   KORULA T. CHERIAN (Bar No. 133967)
sunnyc@ruyakcherian.com
7   ROBERT F. RUYAK (*pro hac vice*)
robertr@ruyakcherian.com
8   RUYAK CHERIAN LLP
1776 Eye Street, NW, Suite 750
9   Washington, DC 20006
Telephone:    (202) 838 – 1560
10
Attorneys for Defendant
11  UNITED MEMORIES, INC.

12                  **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14                       **SAN JOSE DIVISION**

15  GSI TECHNOLOGY, INC., a Delaware          **Case No.  13-CV-1081-PSG**
Corporation,
16
                    Plaintiff,
17          v.                               **DEFENDANT UNITED MEMORIES, INC.**
                                             **NOTICE OF MOTION AND MOTION FOR**
18  UNITED MEMORIES, INC., a Colorado        **ATTORNEYS' FEES AND EXPENSES;**
Corporation, and INTEGRATED SILICON         **BILL OF COSTS**
19  SOLUTION, Inc., a Delaware Corporation,
                                             Complaint: Filed March 8, 2013
20                  Defendants.              Judge: Hon. Paul S. Grewal

21                                           Hearing:      February 16, 2016
                                             Time:         10:00 a.m.
22  UNITED MEMORIES, INC., a Colorado        Courtroom:    5
Corporation,                                Location:     280 S. 1st Street
23                                                         San Jose, CA 95113
                    Counterclaim-Plaintiff,
24          v.

25  GSI TECHNOLOGY, INC., a Delaware
Corporation,
26                  Counterclaim-Defendant.

27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

DEFENDANT UNITED MEMORIES, INC. NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES & EXPENSES -
CASE NO. 13-CV-1081-PSG

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

## I.      NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on February 16, 2016 at 10:00 a.m. or as soon thereafter as the matter may be heard by the Honorable Paul S. Grewal in Courtroom 5, United States District Court for the Northern District of California, 280 South 1st Street, San Jose, CA 95113, Defendant United Memories, Inc. ("UMI") shall and hereby does move the Court for an order declaring UMI a prevailing defendant in this action, and granting UMI its attorneys' fees and expenses incurred in this action, pursuant to Articles X.9 (Attorneys' Fees) and X.5 (Governing Law) of the contract at issue, and the controlling law governing enforcement of fee and cost awards to a prevailing party in a dispute arising from (or relating to) a contract that provides for such an award.

As more fully explained in the concurrently filed Memorandum of Points and Authorities, UMI respectfully seeks recovery of the following amounts to which it is entitled as prevailing party:

| _Law Firm & Dates_ | _Phase/Activity_ | _Fees_ | _Expenses_ |
| --- | --- | --- | --- |
| Hogan Lovells LLP (March 2013-April 2014) | Response to original complaint and temporary restraining order; expedited discovery; response to request for preliminary injunction; responses to first and second amended complaints. | $ 1,676,177 | $  82,338 |
| Winston & Strawn LLP (May 2014-present) | All litigation activities relating to claims added in second amended complaint, including, for example: discovery, summary judgment, mediation/settlement activities; all pre-trial, trial, and post-trial motion activities. | $ 4,214,910 | $ 565,828 |
| Ruyak Cherian LLP (October 2015-present) | Pre-trial, trial and post-trial motion activites. | $ 803, 475 | \<n/a\> |

This motion for attorney fees (**$6,694,562**) and reasonable expenses (**$648,166**) is supported by the concurrently filed memorandum of points and authorities, the declarations of Constance F. Ramos and Keri Gavin in accordance with Civil Local Rule 54-5.

///

///

///

1

DEFENDANT UNITED MEMORIES, INC. NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES & EXPENSES;
BILL OF COSTS - CASE NO. 13-CV-1081-PSG

1     UMI further moves the Court pursuant to Local Rule 54-4 to award taxable costs to be

2  determined from expense records summarized and attached as Exhibits **E**, **F** and **G** to the supporting

3  Ramos declaration filed herewith.

4

5   Dated:  December 23, 2015                    Respectfully submitted,

6                                                WINSTON & STRAWN LLP

7                                                By:  /s/  *Constance F. Ramos*
                                                      Constance F. Ramos

8                                                     *Attorneys for Defendant*

9                                                     *United Memories, Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5802**

2