| | |
|---|---|
| 1 | CONSTANCE F. RAMOS (Bar No. 203637) |
|   | cframos@winston.com |
| 2 | THOMAS J. KEARNEY (Bar No. 267087) |
|   | tkearney@winston.com |
| 3 | WINSTON & STRAWN LLP |
|   | 101 California Street |
| 4 | San Francisco, CA 94111 |
|   | Telephone:   (415) 591-1000 |
| 5 | Facsimile:   (415) 591-1400 |
| 6 | KORULA T. CHERIAN (Bar No. 133967) |
|   | sunnyc@ruyakcherian.com |
| 7 | ROBERT F. RUYAK (*pro hac vice*) |
|   | robertr@ruyakcherian.com |
| 8 | RUYAKCHERIAN LLP |
|   | 1776 Eye Street, NW, Suite 750 |
| 9 | Washington, DC 20006 |
|   | Telephone: (202) 838-1560 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GSI TECHNOLOGY, INC., a Delaware Corporation, | Case No. 13-CV-1081-PSG |
| Plaintiff, | **NOTICE OF INTENT TO WITHDRAW AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT UNITED MEMORIES, INC.; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |
| v. | |
| UNITED MEMORIES, INC., a Colorado Corporation, and INTEGRATED SILICON SOLUTION, Inc., a Delaware Corporation, | |
| Defendants. | Complaint: Filed March 8, 2013 |
|  | Judge: Hon. Paul S. Grewal |
| UNITED MEMORIES, INC., a Colorado Corporation, | |
| Counterclaim-Plaintiff, | |
| v. | |
| GSI TECHNOLOGY, INC., a Delaware Corporation, | |
| Counterclaim-Defendant. | |

NOTICE OF INTENT TO WITHDRAW AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT UNITED MEMORIES, INC.; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW
CASE NO. 13-CV-1081-PSG

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Constance F. Ramos, Thomas J. Kearney, and the law firm of Winston & Strawn LLP hereby seek permission from the Court to withdraw as counsel of record for Defendant United Memories, Inc. ("United Memories"), pursuant to Civil Local Rule 11-5.  United Memories understands and consents to this withdrawal.

Attorneys K.T. Cherian, Robert F. Ruyak, and others of the law firm RuyakCherian LLP, continue to represent United Memories in this matter before the Court.  Mr. Cherian has been lead counsel for United Memories since the filing of this action against it in 2013.

Having alternative counsel, United Memories respectfully moves the Court for an order granting Constance F. Ramos, Thomas J. Kearney, and the law firm of Winston & Strawn LLP permission to withdraw as counsel of record in this action.  This motion to withdraw is permitted under the California Code of Professional Conduct Rule 3-700(C).

Dated:  March 10, 2016

Respectfully submitted,

WINSTON & STRAWN LLP

By: _/s/ Constance F. Ramos_____
Constance F. Ramos
Attorneys for Defendant
United Memories, Inc.

## [~~PROPOSED~~] ORDER

The Court hereby GRANTS the above motion to permit the withdrawal of Constance F. Ramos, Thomas J. Kearney, and the law firm Winston & Strawn LLP as counsel of record for Defendant United Memories, Inc.  United Memories, Inc.'s counsel of record otherwise remains unchanged.

IT IS SO ORDERED.

Dated: __March 10__, 2016

Honorable Paul S. Grewal
United States ~~District Court~~ Judge
Magistrate

**Winston & Strawn LLP**
101 California Street
San Francisco, CA 94111-5802

1

NOTICE OF INTENT TO WITHDRAW AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT UNITED MEMORIES, INC.; [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW
CASE NO. 13-CV-1081-PSG